UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

Jeff McGraw,
    Plaintiff,

v.

Mary Peeks, Dr. David,
Warden Mitchell, Wexford
Health Sources
    Defendants,

21-800-SMY

## Notice of Intent

Please be advised that the plaintiff in this cause intends to pay the $400.00 filing fee in full within 30 days of the filing of his 42 U.S.C. 1983 complaint

/s/ Jeff McGraw
Jeff McGraw
IDOC-Y38458
P.O. Box 99
Pontiac, IL 61764