048928/21061/TPD/BSS

U.S. DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFF MCGRAW, #Y38458,<br><br>    Plaintiff,<br><br>v.<br><br>MARY PEEKS, A. DAVID, WARDEN MITCHELL, and WEXFORD HEALTH SOURCES,<br><br>    Defendants. | Case Number  3:21-cv-00800-SMY<br><br>Judge Staci M. Yandle |

## JURY DEMAND

COME NOW Defendants, WEXFORD HEALTH SOURCES, INC. and ALFONSO DAVID, by and through their attorneys, CASSIDAY SCHADE LLP, and hereby demand a trial by jury on all counts.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Brent S. Scott
     One of the Attorneys for Defendant,
     WEXFORD HEALTH SOURCES, INC. and
     ALFONSO DAVID

Brent S. Scott
ARDC No. 6331521/MO Bar #71164
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
bscott@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically filed the foregoing Jury Demand with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

R. Levi Carwile
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8782
Robert.carwile@ilag.gov

and I hereby certify that a true and correct copy of the foregoing Jury Demand was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on August 27, 2021.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Jeff McGraw, #Y38458
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac IL 61764

/s/ Brent S. Scott

9944574 BSCOTT;MJANINI