048928/21061/TPD/BSS

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JEFF MCGRAW, #Y38458,<br><br>      Plaintiff,<br><br>v.<br><br>MARY PEEKS, A. DAVID, WARDEN MITCHELL, and WEXFORD HEALTH SOURCES,<br><br>      Defendants. | No. 3:21-cv-00800-SMY |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel for

MARY PEEKS

DATED: September 9, 2021

/s/ Brent S. Scott
Attorney's Signature

Brent S. Scott, #6331521/MO Bar #71164
Name

100 North Broadway, Suite 1580
St. Louis, MO 63102
Address

(314) 241-1377
Phone Number

(314) 241-1320 (Fax)
Fax Number

bscott@cassiday.com
E-Mail Address

Rev. 2/11

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2021, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

R. Levi Carwile
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea IL 62226
Robert.carwile@ilag.gov

      and I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on September 9, 2021. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Jeff McGraw, #Y38458
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac IL 61764

                                                                                      /s/ Brent S. Scott

9956380 BSCOTT;MJANINI