048928/21061/TPD/BSS

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFF MCGRAW, #Y38458,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARY PEEKS, A. DAVID, WARDEN MITCHELL, and WEXFORD HEALTH SOURCES,<br><br>　　　　　Defendants. | Case Number  3:21-cv-00800-SMY<br><br>Judge Staci M. Yandle |

## **JURY DEMAND**

COMES NOW Defendant, MARY PEEKS, by and through her attorneys, CASSIDAY SCHADE LLP, and hereby demands a trial by jury on all counts.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CASSIDAY SCHADE LLP

　　　　　　　　　　　　　　　　　By:  /s/ Brent S. Scott
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant, MARY PEEKS

Brent S. Scott
ARDC No. #6331521/MO Bar #71164
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
bscott@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, I electronically filed the foregoing Jury Demand with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

R. Levi Carwile
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea IL 62226
Robert.carwile@ilag.gov

and I hereby certify that a true and correct copy of the foregoing Jury Demand was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on September 9, 2021. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Jeff McGraw, #Y38458
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac IL 61764

/s/ Brent S. Scott

9956391 BSCOTT;MJANINI