September 2, 2021

**BRENT S. SCOTT**

WRITER'S DIRECT DIAL 314-655-4718

BSCOTT@CASSIDAY.COM

CASSIDAY SCHADE LLP
100 NORTH BROADWAY, SUITE 1580   ST. LOUIS, MISSOURI 63102
OFFICE 314 241 1377   FAX 314 241 1320   CASSIDAY.COM

*VIA EMAIL ONLY* DOC.ARBLegalReq@illinois.gov
Illinois Department of Corrections
P.O. Box 19277
1301 Concordia Court
Springfield, IL 62794

      Re:    JEFF MCGRAW, #Y38458 v. MARY PEEKS, A. DAVID, WARDEN MITCHELL, and
               WEXFORD HEALTH SOURCES
               Court No.:    3:21-cv-00800-SMY
               Our File No.:  048928/21061/TPD/BSS

Dear Sir or Madam:

    This firm represents Alfonso David and Wexford Health Sources, Inc. in an action brought by JEFF MCGRAW, #Y38458. In preparing this case for trial, we need to obtain CERTIFIED copies of all records listed on the attached Subpoena concerning JEFF MCGRAW, #Y38458. **Please note that we need these records no later than October 4, 2021.**

    Also enclosed is an Order of the Court, permitting the release of records to our office. It is our understanding you will mail these records to our office, in lieu of appearing for a deposition. In addition, as the Records Custodian, please read and execute the enclosed Affidavit. If the records are returned without a properly executed Affidavit, it will increase the likelihood that a representative of your facility will have to appear before the Court to certify the records.

    If you should have any questions or concerns, please contact me. Any charges associated with this request should be billed to this firm and directed to my attention. Thank you for your assistance.

Sincerely,

Cassiday Schade LLP

Brent S. Scott
Enclosure
  cc:    Jeff McGraw, #Y38458
        R. Levi Carwile

9951144 BSCOTT;MJANINI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

JEFF MCGRAW, #Y38458,

        Plaintiff,

v.

MARY PEEKS, A. DAVID, WARDEN
MITCHELL, and WEXFORD HEALTH
SOURCES,

        Defendants.

Civil Action No. 3:21-cv-00800-SMY

Judge Staci M. Yandle

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    Individual in Custody Issues, Illinois Department of Corrections, 1301 Concordia Court, Springfield, IL 62794

☒ *Production:* **YOU ARE COMMANDED** *to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying testing, or sampling of the material: All grievance and related documents submitted by Jeff McGraw, #Y38458 and related grievance officer decisions, decisions of the Administrative Review Board and Director, including IGRV Individual in Custody History from August 30, 2019 to the present*

| Place:<br>Cassiday Schade LLP<br>100 North Broadway, Suite 1580<br>St. Louis, MO 63102 | Date and Time:<br>October 4, 2021 |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: <u>September 2, 2021</u>

       *CLERK OF COURT*

                     OR

_____       _____
*Signature of Clerk or Deputy Clerk*       *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) <u>WEXFORD HEALTH SOURCES, INC., ALFONSO DAVID, and MARY PEEKS</u>, who issues or requests this subpoena, are: <u>Brent S. Scott (bscott@cassiday.com), Cassiday Schade LLP, 100 North Broadway, Suite 1580, St. Louis, MO 63102, (314) 241-1377.</u>

MCGRAW ARB 0002

Civil Action No. 3:21-cv-00800-SMY

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named person as follows: Individual in Custody Issues, Illinois Department of Corrections, 1301 Concordia Court, Springfield, IL 62794 via email on September 2, 2021 .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fee or one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: <u>September 2, 2021</u>
_____

*Michele Janini*
_____
*Server's Signature*

Michele Janini, Paralegal
_____
*Printed Name and Title*

Cassiday Schade LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
_____
*Server's Address*

Additional information regarding attempted service, etc.:

MCGRAW ARB 0003

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena. (1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance. **(3)** *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e)** **Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

MCGRAW ARB 0004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFF MCGRAW,              )
\# Y38458,                 )
                                  )
                                  )
             **Plaintiff,**      )    **Case No. 21-CV-800-SMY**
                                  )
**vs.**                           )
                                  )
**MARY PEEKS, ET AL,**       )
                                  )
            **Defendants.**     )

## <u>HIPAA QUALIFIED PROTECTIVE ORDER</u>

**YANDLE, District Judge:**

      The Court finds that good cause exists for the entry of a Qualified Protective Order pursuant to the Health Insurance Portability and Accountability Act ("HIPAA") to prevent the unauthorized disclosure and to direct the use of protected health information during the course of this litigation. Accordingly, **IT IS ORDERED**:

1.    All records produced by the parties to this litigation are produced subject to this Order.

2.    This Order applies to any records produced by a covered entity, as defined by 45 C.F.R. 160.103, which has received a request or subpoena for protected health information.

3.    During the course of this litigation, it may be necessary for the parties or their attorneys to disclose Plaintiff's protected health information, as that term is defined under HIPAA and the Federal Regulations promulgated pursuant to that Act.

1

(a)     All protected health information disclosed by any of Plaintiff's healthcare providers shall be used for the sole purpose of preparing for or conducting this litigation, including but not limited to investigation, consultation, discovery, depositions, trial preparation, trial, appeal, resolution, mediation, or uses incidental to the proceeding in this case and shall not be disclosed or revealed to anyone not authorized by this Protective Order.

(b)     Protected health information pursuant to this HIPAA Qualified Order may include information related to sexually transmitted disease, genetic testing, HIV, behavioral or mental health services, and treatment for alcohol and drug abuse.

(c)     Protected health information may be disclosed without further notice by any covered entity or healthcare provider, party or parties' attorney, to:

(1) The parties themselves, parties' attorneys, experts, consultants, any witness or other person retained or called by the parties, treating physicians, other healthcare providers, insurance carriers, or other entities from whom damages, compensation, or indemnity is sought and any entity performing, monitoring, or providing adjustment activities on behalf of such insurance carrier or other entity and/or their employees, agents, or third party administrators for any of the parties involved in the litigation; in any proceeding for health oversight activities as permitted under 45 C.F.R. 164.512, court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of the above.

(2) The parties, and each entity governed by this Order, shall either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made; provided, however, that said protected health information may be retained in the files of the entities listed in paragraph (1) above and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

**IT IS SO ORDERED.**

**DATED: 8/17/2021**

s/ Staci M. Yandle,
Staci M. Yandle
United States District Judge

2

MCGRAW ARB 0006

STATE OF ILLINOIS          )

COUNTY OF *Sangamon*      )

## AFFIDAVIT OF CUSTODIAN OF GRIEVANCE RECORDS

Before me, the undersigned Notary Public, personally appeared _Travis Bayler,_

who, being by me duly sworn, deposed as follows:

My name is _Travis Baylor_ (Custodian of Records), I am of sound

mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of the records of the Administrative Review Board, Illinois Department

of Corrections, hereinafter "the Board." Attached to this affidavit are _52_ pages of

records from the Board regarding **JEFF MCGRAW, #Y38458.** These _52_ pages of

records are kept by the Board in the regular course of business, and it was the regular course of

business of the Board for an employee or representative of this facility to make a record of or to

transmit information thereof to be included in such record; and the record was made at or near

the time of the act or event. The records attached hereto are the original or exact duplicates of

the original.

_____
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official

seal this _3rd_ day of _September_ 2021

_____
Notary Public

My Commission Expires: _10/4/22_

OFFICIAL SEAL
JODY CORSO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/04/22

MCGRAW ARB 0007

## IGRV Inmate History

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| MEDICAL | 08/26/2021 | PON | PON | TRBA | G | GRV# 092495. GRVS NEED FOR ADEQUATE MEDICAL TX FOR SEVERE PAIN DUE TO |
| MEDICAL | 07/14/2021 | SHA | PON | DEKN | G | RGF;PTF; GRV #92121 DTD 4/15/21 GRVS RECEIVED INADEQUATE MEDICAL CARE A |
| MEDICAL | 04/20/2021 | SHA | SHA | SAJO | G | GRV #2020-07-15 GRVS MRS. SANDUSKY, 6/26/20 TOLD HIM HE WAS NOT SMI, MS B |
| MEDICAL | 03/16/2021 | SHA | PON | DEKN | G | RGF;PTF;EGRV# 202011108E DTD 11/25/2020 GRVS DENIED TREATMENT FOR BLADI |
| MEDICAL | 03/16/2021 | SHA | PON | DEKN | G | EGRV# 2020-12-42E 12/8/2020 GRVS BEING REFUSED MEDICAL ATTENTION FOR ENI |
| DR | 03/08/2021 | SHA | PON | DEKN | G | RGF;PTF;(2)GRVS #2020-06-69 & #2020-07-56 GRVS INC #20200588/1-SHA ON 6/8/20; |
| MEDICAL | 02/04/2021 | SHA | SHA | TRBA | G | RGF: GRV #2020-06-96 GRVS INADEQUATE MED TX/ DELIBERATE INDIFFERENCE. G |
| MEDICAL | 11/24/2020 | SHA | SHA | WAKU | G | EGRV # 202005156E DATED 5/21/20. ON TX FOR NERVE DAMAGE TO ARM (R). THE P |
| MEDICAL | 11/02/2020 | SHA | SHA | WAKU | G | GRV #20202119E; GRVS HE IS NOT BEING GIVEN EFFEXOR MEDICATION DUE TO CL |



## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: McGraw, Jeff

8/26/21
Date

ID# : Y38458

Facility: Pontiac

This is in response to your grievance received on **8/23/21**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **5/9/21**   Grievance Number: **092495**   Griev Loc: **Pontiac**

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other   Medical Treatment - treatment for pain in pelvis/scrotum

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other: Per HCUA, patient seen and evaluated at UIC Urology on 6/2/21. Grievant has access to medical care.

Treatment is at the discretion of IDOC Physicians. Grievant may submit a request to healthcare for any issues that arise.

FOR THE BOARD: _Travis Bayler_
Administrative Review Board

CONCURRED: _Rob Jeffreys_
Rob Jeffreys
Director

CC: Warden, Pontiac _____ Correctional Center
McGraw, Jeff _____, ID# Y38458

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

MCGRAW ARB 0009

| Grievance Officer's Report |
|---|

**Date Received:** 05/25/2021    **Date of Review:** 08/10/2021    **Grievance #** (optional): 092495

**Offender:** McGraw, Jeff    **ID#:** Y38458

**Nature of Grievance:**

Medical Treatment- DR TILDEN (CONDUCT 5/6/21); INADEQUATE MEDICAL ASSISTANCE

**Facts Reviewed:**

Individual in Custody grieves medical treatment by facility HCU.
The HCU Administrator's response, dated 8/8/2021, the grievance dated 5/9/2021 was read and the applicable medical record was reviewed.

I am responding to your grievance as indicated above;

On 6/2/2021 patient was seen and evaluated at UIC Urology.

Current medications are Ultram 50mg BID and Ditropan 5mg BID.

If you are in need of medical attention, nurses are available 7 days a week. Contact the gallery officer to obtain a Medical Request Form and fill it out accordingly then submit it. Once HCU has received your slip you will be seen at sick call and evaluated and treated or referred to MD/NP sick call.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance be considered MOOT at this juncture based on the response of facility HCU Administrator to the issue. Any other judgment upon the issue that when returned for cause would have no practical effect upon the existing controversy.

H. Cox _____    _H. Cox_ 8502

Print Grievance Officer's Name        Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8-12-21    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

**RECEIVED**

AUG 23 2021

ADMINISTRATIVE
REVIEW BOARD

_Leonta Jackson_ 8-12-21
Chief Administrative Officer's Signature        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Jeff McGraw_        Y38458        8-17-21
Offender's Signature        ID#        Date

Assigned Grievance #/Institution: _____  Housing Unit: ECH  Bed #: 903

MAY 25 2021

1st Lvl rec: MAY 14 2021

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 5-9-21 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Pontiac Correctional Center | | Facility where grievance issue occurred: Pontiac Correctional Center | |

**Nature of grievance:**

09249 5

☐ Personal Property ☐ Mail Handling ☑ Medical Treatment ☐ ADA Disability Accommodation

☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility ☑ Other (specify): Enadequate Medical, Deliberate Indifference.

☐ Disciplinary Report

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer,** only if EMERGENCY grievance
   Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-6-21 i was sent to Health care For urgent care. My appointment was for Chronic Clinic. I informed Dr Tilden that i am in severe pain, due to bullet fragments being in my pelvis and scrotum. Tilden told me that my problems arent important nd i am scheduled to see a urologist. I am keep being told i am scheduled to see somebody and this is going on 3 months here at pontiac that im recieving adequate medical assistance, Dr Tilden put me

☑ Continued on reverse

**Relief Requested:**

Please give me adequate medical assistance. Investigate Wexford.

_____

_____

_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is **NOT** an emergency grievance.

Jeff McGraw _____ Y38458 _____ 5-9-21
Offender's Signature           ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: 5/17/21  ☑ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

This issue pertains to medical treatment and should be forwarded directly to the grievance office.

_____

_____

A. Dietz, CCI _____ Aaron Dietz _____ 5/17/21
Print Counselor's Name      Sign Counselor's Name      Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

RECEIVED
AUG 23 2021
ADMINISTRATIVE
REVIEW BOARD

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____ Date

MCGRAW ARB 0011

Assigned Grievance #/Institution:

Housing Unit: ECh  Bed #: 903

1st Lvl rec: MAY 14 2021

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

On a pain med Tramadol for 3 weeks and told me he would put me on a higher dosage and add Meloxicam to help with my pain but only put me on 15mg Meloxicam which is a ____. I am still in severe pain and no one cares. Wexford should be shut down and investigated. I am scared if this problem doesn't get fixed soon i will have more problems for the rest of my life, please help me before i have permanent problems or maybe even lose my change to produce sperm or have an erection.

892495

MCGRAW ARB 0012

# Administrative Review Board
## Return of Grievance or Correspondence

*McGraw*                    *Jeff*                    MI        *Y38458*
_____            _____            ___       _____
Last Name                   First Name                 MI        ID#

**Facility:** _Pontiac_____

☐ Grievance: Facility Grievance # (if applicable) _92121_ Dated: _6/10/21_ or ☐ Correspondence: Dated: _____

Received: _7/12/21_ Regarding: _inadequate medical treatment @ Shawnee_____
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☑ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date

☐ No justification provided for additional consideration.

**Other** (specify): _____
_____

Completed by: Debbie Knauer          *Debbie Knauer*          _7/14/21_
              Print Name                  Signature              Date

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 05/17/2021     **Date of Review:** 06/01/2021     **Grievance #** (optional): 092121

**Offender:** McGraw, Jeff     **ID#:** Y38458

**Nature of Grievance:**

Medical Treatment- INADEQUATE MEDICAL CARE AT SHAWNEE C.C.

**Facts Reviewed:**

Offender grieves medical treatment by facility HCU.

The HCU Administrator's response, dated 6/1/2021, the grievance dated 4/15/2021 was read and the applicable medical record was reviewed.

I am responding to your grievance as indicated above;

On 4/5/2021 offender was seen in Urgent Care with Dr. Tilden. Offender had a medication issue and questions concerning an x-ray. Offender returned medication card of Ditropan. Offender was prescribed Mobic 15mg x 3 months. X-ray results discussed.

UIC Urology appointment pending for this issue.

If you are in need of medical attention, nurses are available 7 days a week. Contact the gallery officer to obtain a Medical Request Form and fill it out accordingly then submit it. Once HCU has received your slip you will be seen at sick call and evaluated and treated or referred to MD/NP sick call.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on the response of facility HCU Administrator to the issue. Any other judgement upon the issue that when returned for cause would have no practical effect upon the existing controversy.

M. Hedrick 3003

_____     _____
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 6-10-21     ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

# RECEIVED
## JUL 12 2021
ADMINISTRATIVE
REVIEW BOARD   6-10-21

_____                    _____
Chief Administrative Officer's Signature                          Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____     Y38458     7-7-21
Offender's Signature          ID#          Date

MCGRAW ARB 0014

Assigned Grievance #/Institution: _____

Housing Unit: **East** Bed #: **915**

1st Lvl rec: **MAY 05 2021**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: **MAY 17 2021**

| Date: 4-15-21 | Offender (please print): Jeff McGraw | ID#: Y38458 | Race (optional): Black |

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer,** only if EMERGENCY grievance
   **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today 4-15-21 i went to HCU for a follow up about a x-ray i had here at Pontiac. I discovered i have several medal fragments in my pelvis area, bladder and scrotum and will have to get surgery to get them removed. I been complaining at shawnee correctional center for 7 months now and I'm finally recieving proper care. I have filed several grievances complaining about inadequate medical assistance, Deliberate indifference, and the excruciating pain and suffering [x] Continued on reverse

**Relief Requested:** adequate medical assistance

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

*Jeff McGraw* Offender's Signature     Y38458 ID#     4-15-21 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 5/5/2021 [x] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: This grievance pertains to medical treatment and should be forwarded directly to the grievance office.

*A. Dietz CCI* Print Counselor's Name     *A. Dietz* Sign Counselor's Name     5/5/2021 Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**RECEIVED**

**EMERGENCY REVIEW:** Date Received: 4/19/21

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

*Leota Jackson B* Chief Administrative Officer's Signature     4/19/21 Date

APR 16 2021

APR 20 2021  JUL 12 2021
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0015

092121

Assigned Grievance #/Institution:

Housing Unit: _____  Bed #: _____

1st Lvl rec: MAY 05 2021      ILLINOIS DEPARTMENT OF CORRECTIONS
                                    **Offender's Grievance**              2nd Lvl rec:

I have been going threw, I now have to recieve surgery where as if I wasn't neglected proper medical attention this could of been avoided. I'm still going threw excruciating pain. The grievances I have filled #'s are 2020-11-08E, 2020-12-34, and 2020-12-42E all in which were denied. Please look into this before things get worse. I was even sent here as shipment and Medical staff knew I was in going threw escruciating pain but didn't care because they are racist.

09-21-21

MCGRAW ARB 0016



## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: McGraw, Jeff

ID# : Y38458

Facility: Shawnee

4/20/21
Date

This is in response to your grievance received on 1/11/21 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 7/1/20    Grievance Number: 2020-07-15    Griev Loc: Shawnee

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other   Med/Mental Health Tx: Ms. Sandusky 6/26/20 advised not SMI, MH staff not at Adjustment Hearings, diagnosis

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- ☑ Other:  Offender McGraw has been seen by mental health staff and provided services. He is not considered SMI at this time.

Mental Health staff are to review discipline for SMI offenders in accordance with policy, therefore would not review discipline of Offender McGraw. Offender McGraw may file a grievance on disciplinary reports received in accordance with DR 504.

FOR THE BOARD: _Sarah Johnn_    CONCURRED: _Rob Jeffreys edc_

Sarah Johnson
Administrative Review Board

Rob Jeffreys
Acting Director

CC: Warden, Shawnee Correctional Center
McGraw, Jeff , ID# Y38458

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

MCGRAW ARB 0017

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 07/16/2020    **Date of Review:** 11/17/2020    **Grievance #** (optional): 2020-07-15

**Offender:** Jeff McGraw    **ID#:** Y38458

**Nature of Grievance:**

11. Medical
H. Mental Health

**Facts Reviewed:**

Grievant states: On 6-26-20 I talked to Ms. Sandusky, MHP about my concerns with mental health treatment and why I wasn't SMI. She told me only people who can't think for themselves are considered SMI and she wasn't obligated to look over or witness my disciplinary report hearing with the adjustment committee which is a lie. SMI classification is based upon both diagnosis and functional impairment. Everybody in this prison is entitled to proper mental health treatment and observation. Every since I got here to Shawnee my mental health treatment has been horrible. When I got here I was already diagnosed with Bi-Polar disorder and OCD my first visit with tele-psych Dr. Ms. B she changed all of my diagnosis to just PTSD without properly evaluating me. She always cut me off and doesn't listen. I have requested to speak with Amanda Smith about my concerns but she has ignored my requests. IDOC is required by law to follow the Rasho settlement. My visits with my psychiatrist is not confidential they are open to tell us people with mental illness business its ridiculous. The staff neglect those of us that need help and act antisocial towards us that they should be helping.

Relief Requested: Give me proper Mental Health treatment diagnoses, evaluate me for SMI, investigate all mental health staff here at Shawnee, have mental health do their jobs. Investigate my excessive punishment i been receiving for disciplinary actions.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded mental health services and will continue to be provided services. He should contact the mental health staff or a member of security if he feels he is in immediate need of a crisis team member.

Kim Johnson, CCII
Print Grievance Officer's Name      Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 12/10/20    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

RECEIVED
JAN 11 2021
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature      12·10·20
Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Jeff McGraw      Y38458      12-23-20
Offender's Signature      ID#      Date

MCGRAW ARB 0018

Reviewed: Response from A. Smith SWIV: A review of Mr. McGraw's mental health records shows that he transferred into Shawnee CC on 09/17/2019 and was not designated as SMI. He has been provided appropriate mental health services per protocol. He has received a Mental Health Evaluation by a clinically licensed Mental Health Professional, and he has received a Psychiatric Diagnostic Evaluation by a psychiatric provider/psychiatrist/MD. During the evaluations and at every interaction, the mental health staff will be monitoring for the clinical need to update any status including SMI designation and Level of Care. He is not currently SMI. The Mental Health Department is routinely monitored and audited internally and externally for compliance and quality of services. Mr. McGraw is receiving routine mental health treatment per clinical recommendations and protocol. All tele-psych sessions are held in either the HCU or in an office area in the housing unit. These areas both provide confidential access to the doctor via a laptop and are not open to tell the offenders mental health business.

Mr. McGraw is encouraged to speak to the Adjustment Committee in regard to his concerns about his disciplinary infractions and summaries. Mr. McGraw has been and will continue to be provided with mental health services, in accordance to the Administrative Directives and Standard Operating Procedural Manual for the Office of Mental Health Services in the Illinois Department of Corrections.

1st Lvl rec: **2020-07-15**     ILLINOIS DEPARTMENT OF CORRECTIONS     11H  S2-31
**Offender's Grievance**

| | | | |
|---|---|---|---|
| Date: 7-1-20 | Offender (please print): Jeff McGraw | ID #: V38458 | Race (optional): BLACK |
| Present Facility: Shawnee Correctional Center | | Facility where grievance issue occurred: Shawnee Correctional Center | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): Enadequate Mental Health, Negligence

- [✓] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____     Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**
**locked receptacle marked "grievance":**

RECEIVED
SHAWNEE CORRECTIONAL CENTER
JUL 02 2020
GRIEVANCE LIAISON

RECEIVED
JUL 02 2020
CLINICAL SERVICES

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 6-26-20, I talked to my mental Health MHP Ms Sandusky about my concerns with mental Health treatment and why I wasn't SMI. She told me only people who can't think for thier self are considered SMI and she wasn't obligated to look over or witness my Disciplinary report or my Disciplinary report hearing with the adjustment Committe, Which both is a lie SMI classification is base upon both diagnosis and functional impairment, And One of the issues covered by the Rasho settlement agreement is ANy and everybody in prison with a mental illness is entitled to proper mental health treatment and observation including problems with the disciplinary system with excessive punishment with mentally

[✓] Continued on reverse

**Relief Requested:**

Give me proper mental health treatment not diagnosies, Evaluate me for SMI, Investigate all mental health staff here at shawnee, have mental health do thier job, Investigate my excessive punishment i been recieving For disciplinary actions.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [✓] Check if this is NOT an emergency grievance.

_Jeff McGraw_          V38458          7-1-20
Offender's Signature      ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: 7/6/20     [✓] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per A. Smith LCSW, SWIV: A review of Mr. McGraw's mental health records shows that he transferred into Shawnee on 9/17/19 and was not designated SMI. He has been provided appropriate mental health services per protocol. He has received a Mental Health Evaluation by a psychiatric provider/psychiatrist/MDo. He is not currently SMI. Mr. McGraw has been and will continue to be provided with mental health services, in accordance to the Administrative Directives and Standard Operating Procedural Manual for the office of Mental Health Services in the Illinois Department of Corrections.

_Fiorentini_                    _[signature]_              7/13/20
Print Counselor's Name          Sign Counselor's Name       Date

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          _____
Chief Administrative Officer's Signature      Date

MCGRAW ARB 0020

All inmates in IDOC. Every since i got here to shawnee my mental health treatment has been hor
I first got here i was already diagnosed with serious medical needs such as Bi polar Disorder, and O.C.D
very First Visit with my Telephych Dr Ms B she changed all of my diagnoses to just P.t.s.d without properly
evaluating me, she tries to blame my acting out post trauma and always cut me off and doesn't listen to full stories.
When i try to explain the situation to her when i was shot in the head nd that i have alot of memories of my friend
dien with me she doesn't properly treat me nd tends to brush me off. When i talked to Ms Serdursky about it she
told me i have psychological trauma, which is another serious medical need in which Dr. B refuses to diagnose
me with properly, Several months back while i had mental health group, Ms. Kassie the BHT told me nd 2 other
inmates in order for us to be SMI we will have to eat each others Feces. My mental health needs are not
being treated seriously and instead of helping me mentally, they mistreat me and punish me. I even wrote several
request to speak with the Head Mental Health person here at shawnee Amanda Smith about my problems nd
concerns but she ignores all of my request. This prison is not going by proper mental health protocol and my
mental Illness is worsening. IDOC is the Illinois Department of Corrections and in here so i can be able to
correct myself and actions take so i can better myself before i go back to society nd so i wouldnt make the same
mistakes, nd to get me here in the first place. My lack of mental health knowledge and drugs got me here
in prison nd i really need help so i wont come back. Due to the Rasho v Jeffries no. 07-1298
settlement agreement IDOC is required by law to follow the Rasho settlement agreement nd 8th
Amendment to increase and improve mental Health treatment. My visits with my Psychiatrist is not
confidential, they are so open to tell us people with mental gr Illnesses problems business its ridiculous.
But as people whom they are supposed to help they neglect and act antisocial towards us.
I am not able to see a QMHP if i need to speak with someone. I get yard 3 times a week
but i dont get no other out-of-cell time except 1 phone call a week. When i ask for a crisis team
i can never see any psych its always a sgt or a nurse who dont care about my mental Illness
nd call me "crazy". I caught a ticket for a supposed "STG" for sending a message stating my dead
friends name that week killed within. When i asked for Mental Health to be my witnesses nd accompany me
while hearing my ticket because of the incident that my friend chondale gregory was killed in front of
me and i was shot in the head i have PTSD. I was denied mental health being present because im not
SMI in all actuality when i came to IDOC diagnosed with my serious medical needs i was supposed
to be SMI until somebody re-evaluated me. Now i have 90 days in seg. Please help before things
get worse or before my mental illnesses get to bad im un functional.

MCGRAW ARB 0021

# Administrative Review Board
## Return of Grievance or Correspondence

Offender: _McGraw_ _Jeff_ _____ _Y38458_
Last Name            First Name      MI      ID#

Facility: _Pontiac_

☐ Grievance: Facility Grievance # (if applicable) _2020||108E_ Dated: _1/20/21_ or ☐ Correspondence: Dated: _____

Received: _3/8/21_ Regarding: _Medical - denied treatment for bladder & prostate_
Date                                                       11/17/2020

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
  Date
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Debbie Knauer_ _Debbie Knauer_ _3/16/21_
Print Name            Signature           Date

MCGRAW ARB 0022

S2-32

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 12/14/2020 | Date of Review: 01/18/2021 | Grievance # (optional). 202011108E |
| Offender: Jeff McGraw | | ID#: Y38458 |

**Nature of Grievance:**

11. Medical
E. Treatment
This response is for both 2020-11-108E and 2020-12-84.

**Facts Reviewed:**

Grievant states: On 11-17-20 I put in for NSC this is my ninth time putting in for NSC and I am being refused medical treatment by NP Peeks and Dr. David. NP Peeks gave me a urine test a couple of weeks ago and I tried to explain to her that the test will not detect my problem of bladder and prostrate problems. I told her to look in my file and she would see my history and test form. I tried to explain my past health issues and she was very rude, unprofessional and tends to have an attitude. M. Peeks has something against me because I am a young black man which is very wrong to be racist and bias. I have urinary incontinence, enlarged prostrate, prostatitis and symptoms of BHP. All of this is known by M. Peeks and she is intentially refusing me adequate treatment. On 12-16-20 I still have yet to receive medical attention for my enlarged prostrate.

Relief Requested:Give me proper medical care, investigate Mary Peeks for medical malpractice and racism. Please let me see the Dr. for all my problems because I fear Peeks will retaliate.

Reviewed response from A. David, MD: He has been seen many times by the NP and the nurses claiming he has urinary retention from previous gun shot wound and prostrate enlargement. He has been straight cath with no evidence of urinary retention. He is very young to have an enlarged prostrate. There is no evidence of inflammation of the prostrate (prostatitis). He will be seen as needed by nurses.
Reviewed response from M. Peeks: The allegations made by McGraw are false. I conduct myself in a professional manner and the offenders age or skin color does not impact the care that is provided.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded medical treatment and will continue to be provided services. He should continue to contact the HCU if he feels he needs to be seen. Staff misconduct could not be substantiated.

| Kim Johnson, CCII | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 1 2 0 2 1 | ☑ I concur  ☐ I do not concur  ☐ Remand | |
| Action Taken: | | |

RECEIVED

MAR 0 8 2021

ADMINISTRATIVE
REVIEW BOARD

/ 2021

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

MCGRAW ARB 0023

**ILLINOIS DEPARTMENT OF CORRECTIONS**

1st Lvl rec: _2020-11-108_     **Offender's Grievance**    _7B/11E_     2nd Lvl rec:

| Date: 11-25-20 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): BLACK |
|---|---|---|---|

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): _Inadequate Medical assistance, Deliberate Indifferen_

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____       Facility where issued _____

**RECEIVED** (stamped)
**RECEIVED** DEC 1 - 2020 CLINICAL SERVICES
**NOV 30 2020 CLINICAL SERVICES**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance
**Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-17-20, put in a Nurse sick call because for the past 8 months i have been seeking treatment from the Medical staff here. I have a history of blatter problems and prostate problems due to me being shot and having prostatitis. This is my 9th time putting a Nurse sick call slip and i am being refused medical treatment by Nurse Practicioner Mary peeks and Dr. David. A couple of weeks back Mary peeks gave me a urine test for this problem in which does not detect bladder functions or prostate problems. I took the urine test and explained to Mary peeks my problems and even

[x] Continued on reverse

**Relief Requested:**

Please give me proper medical care, investigate Mary peeks for Medical Malpractice and racism. Please let me see the Dr. for all my problems because i fear Mary peeks will retaliate.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Jeff McGraw_      _Y38458_      _11-25-20_
Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name _____      Sign Counselor's Name _____      Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor response to the Grievance Officer.

**RECEIVED** (stamped)

**EMERGENCY REVIEW:**    Date Received: _12/1/20_

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

**MAR 0 8 2021**
**ADMINISTRATIVE REVIEW BOARD**

_TBWalker_          _12/1/20_
Chief Administrative Officer's Signature        Date

MCGRAW ARB 0024

explained that i have had this problem before. Mary peeks responded "i don't know" what the fuck im talking about". I explained that if she lookin my medical file which was in her hand she would see my ~~s~~ history and test from a Urology Dr (exhibit 2 to which it states i had prostatitis, chronic b/l testicular pain, I have had suprapubic and urethral foley catheters, acute bacterial prostatitis and was given cipro 500. She responded sayin "she doesn't care she do what she wants because she did 8 years in college for her job and she would come back and talk to me. Everytime i talk to her about my medicals problems she is very rude, ~~very~~ unprofessional and tend to have attitudes. Mary peeks has something against me because i am a young black man which is very wrong to be racist and bias. I have been shot and has had a bullet frag removed from my bladder. I have a hard problems urinating, i have chronic pain in my pelvic area and penis, sometime i cant hold my urine causing me to urinate on myself. Ms Mary peeks is well aware of this because we went over my medical records on other occasions and she was the person who had me sign the release of medical records paper. Exhibit 1 and 2. I'm having urinary retention which is the inability to empty the bladder at all and requires urgent medical treatment to drain accumulated urine. I have Urinary Incontinence which causes urine leaks when the bladder is under pressure and is caused by a ENLARGE PROSTATE. I have had PROSTATITIS which is inflamation of the prostate gland and is treated with medication. The conditi which is inflamation of the prostate gland and tends to recur. And i have a ENLARGED PROSTATE which is due to inflammation, prostate cancer, or benign prostatik hyperplasia. Symptoms of BHP may include frequent urination, delay in starting to pass urine, a weak urine flow, dribbling after urinating, and a ~~f~~ feeling that the bladder has not emptied completely. Occasionally urine flow may be completely blocked causing rapidly increasing pain. THIS REQUIRES URGENT TREATMENT TO DRAIN accumulated urine. Severe cases are treated with medication to shrink the prostate to improve urine flow. All of this is known to Mary peeks and she is intentional refusing me adequate medical assistance and causin my problems to get worse which is wanton infliction of pain. The supreme court has stated "deliberat indifference to serious medical needs of prisoners constitutes the 'unnecessary and wanton infliction of pain proscrib by the Eighth amendment. As with other Eighth amendment claims, the deliberate indiffere standard requires a plaintiff to show that the defendants had actual knowledge of an objectivel cruel conditions (in medical cases, a serious medical need) and did not respond reasonably to th risk.

MCGRAW ARB 0025

Housing Unit: *Seg a* Bed #: *O a*

2020-12-84

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

IIE/28  2nd Lvl rec.

| Date: 12-16-20 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): BLACK |
|---|---|---|---|

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [✓] Other (specify): *Inadequate medical assistance, negligence*

- [✓] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

RECEIVED
SHAWNEE CORRECTIONAL CENTER

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Search Record, etc.) and place in the designated locked receptacle marked "grievance":

DEC 29 2020     DEC 21 2020

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
GRIEVANCE OFFICER     CLINICAL SERVICES

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today is 12-16-20 amd: still have yet to recieve medical attention for my enlarged prostate. I am in severe pain constantly. I saw a nurse micah sunday nd she showed me i was scheduled to see Dr. David for prostate issues 12-8-20 and i have yet to be seen. I dont know what this medical staff here has against me but i diserve to be treated equally due to my constitutional rights. I am constantly puttin in grievances, i had my mother and family members call up here to complain

[✓] Continued on reverse

**Relief Requested:**

Please give me adequate medical assistance, investigate all medical staff here at shawnee, and send me to another facility before these people try to kill me here.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [✓] Check if this is NOT an emergency grievance.

| Jeff McGraw | Y38458 | 12-16-20 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [✓] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: No review will be given due to not following DR 504.810, duplicate. to grievance #2020-12-42.

This is a separate incident!     Jeff-  Y38458

| Bob Allard | Bob Allard | 12/23/20 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

RECEIVED

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

MAR 08 2021

ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature _____     Date _____

MCGRAW ARB 0026

about my treatment, I saw nurses, I told both wardens, and now I still havent been seen and treated for these very serious conditions. I am in pain 18 hrs of each day and my pain level is now at a 10. I am in severe unbearable pain because of these racist medical staff and people who are trying to hurt me temporarily. I dont know what needs to be done but it need to be done asap. Can i please see medical asap Its in my File i have medical problems with my prostate nd blatter and i even attatched the copies to recent grievances. I am in so much pain i cry sometimes and cant get out of bed please Help.

MCGRAW ARB 0027

# Administrative Review Board
# Return of Grievance or Correspondence

Offender: _McGraw_ _Jeff_ ___ MI _Y38458_
Last Name First Name MI ID#

Facility: _Pontiac_

☐ Grievance: Facility Grievance # (if applicable) _2020-12-42E_ Dated: _1/13/21_ or ☐ Correspondence: Dated: _____

Received: _3/8/21_ Regarding: _Medical- treatment for prostate 12/4/2020_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Debbie Knauer_ Signature _Debbie Knauer_ _3/16/21_
Print Name Signature Date

Distribution: Offender Printed on Recycled Paper DOC 0070 (Rev. 3/2018)
Inmate Issues

MCGRAW ARB 0028

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 12/17/2020   **Date of Review:** 01/13/2021   **Grievance # (optional):** 2020-12-42E

**Offender:** Jeff McGraw   **ID#:** Y38458

**Nature of Grievance:**

11. Medical
E. Treatment

**Facts Reviewed:**

Grievant states: On 12-4-20 I was waiting to see telepsych and I observed Warden Mitchell so I asked if I can have a word with him about an emergency. He said yes so I told him I'm in a lot of pain due to me having an enlarged prostate and it's not being properly treated. I also told him that healthcare is refusing me medical attention and deliberately not giving me medical attention and left me to suffer with severe pain. He asked me how long has this been going on. I told him always and told him NP Peeks was the one refusing to see me. I was going to see Dr. David on 12-7-20 since Peeks referred me to him. On 12-7-20 Warden Mitchell said he was not medically trained and would rely on the medical staff to treat me. I was never seen by any medical provider on 12-7-20. I saw Warden Mitchell and Walker in the day making rounds and asked to speak with him again regarding my suffering. He said oh well, and walked off. I don't know what else to do. If I don't receive immediate care I'm going to have my lawyers contact all news channels, black lives matter and who else to ensure I receive proper treatment. I'm also pursuing a civil suit thru the 1983 forms.

**Relief Requested:** Give me proper medical treatment, I'm also pursing a civil suit for compensation.

Reviewed response from Dr. David, Medical Director: He has been seen multiple times by the NP and the nurses claiming he has urinary retention from prior GSW and prostate enlargement. He has been straight cathed with no evidence of urinary retention. He is very young to have an enlarged prostate. There is no evidence of inflammation of the prostate (prostatitis). He will be seen as needed by the nurses and is scheduled to be seen by a medical professional the week of January 18, 2021.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded medical treatment and will continue to be provided services. He should continue to contact the HCU if he feels he needs to be seen.

Kim Johnson, CCII

Print Grievance Officer's Name   Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 1/13/21   ☑ I concur   ☐ I do not concur   ☐ Remand

**Action Taken:**

**RECEIVED**

**MAR 0 8 2021**

**ADMINISTRATIVE REVIEW BOARD**

Chief Administrative Officer's Signature   1/13/21   Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature   ID#   Date

1st Lvl rec: _2020-12-48_          ILLINOIS DEPARTMENT OF CORRECTIONS          2nd Lvl rec:
                                          **Offender's Grievance**                          IIE

| Date: 12-8-20 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): |
|---|---|---|---|

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |
|---|---|

**Nature of grievance:**

| | | |
|---|---|---|
| ☑ Personal Property | ☐ Mail Handling | ☑ Medical Treatment | ☐ ADA Disability Accommodation |
| ☑ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☑ Other (specify): Inadequate medical attention, pain and suffering, | |
| ☐ Disciplinary Report | deliberate indifference. | |

Date of report _____          Facility where issued _____

RECEIVED          RECEIVED

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":          DEC 1? 2020          DEC 19 2020

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject for review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by CLINICAL SERVICES
    Chief Administrative Officer, only if EMERGENCY grievance                          CLINICAL SERVICES
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
    issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-8-20 in healthcare at 8:17 am i was waiting to see teletych and i observed Warden Mitchel Walk in threw the back of health care and i asked can i have a word with him about a emergency. He said yes so i told him im in a lot of pain due to me having a enlarged prostate and its not being properly treated, I also told him that health care is refusing me medical attention and deliberately not giving me medical attention and letting me suffer with severe pain. He asked me how long has this been go[n]

☑ Continued on reverse

**Relief Requested:**

Give me proper medical treatment, im also pursuing a civil suit for compensation.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Jeff McGraw_                    _Y38458_          _12-08-20_
Offender's Signature              ID#                Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)      Date Received: _____      ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____

_____          _____          _____
Print Counselor's Name               Sign Counselor's Name              Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**      Date Received: _12/6/20_

                                                                    RECEIVED

Is this determined to be of an emergency nature:                MAR 0 8 2021
☑ Yes, expedite emergency grievance                          ADMINISTRATIVE
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.      REVIEW BOARD
                                                                    _12/6/20_
_A. Walker_                                                      Date
Chief Administrative Officer's Signature

I told him always and i identified the Nurse practitioner Mary peeks who is refusing me medical treatment who was behind the nurses station. He asked her what was going on she said she's not seeing me nd that she refferred me to Dr. David and i was going to see him on Monday 12-7-20. I informed Warden Mitchell that Nurse practitioner was lien and said the same thing 3 weeks ago Warden Mitchell told me he wasnt a Dr and would have to take Nurse practitioners word until he sees otherwise. Leaving me to suffer in pain. On 12-7-20 i was never seen by any medical what so ever and at 11:20 both warden Mitchell and Warden Walker did a walk threw here in recieving. I asked to speak with warden mitchell he asked what was it about and i told him i'm in extreme pain and told him i seen him Friday in health care and the Nurse practitioner Mary peeks told him i would be seen That day which was 12-7-20 he said he remember that. So i told him i still havent been seen and i going threw unbearable pain he said O' well and walked off. I have ~~told~~ exhausted all of my administrative remedies and i dont know what else to do so i can recieve proper treatment. I am deliberately being refused medical treatment leaving me to extreme pain 18hrs a day because im a black man in a racist facility. If i dont recieve immediate care im goin to have my lawyers contact all news channells + Black lives matter and who else to ~~ensure i recieve proper~~ ensure i recieve proper treatment. Im also pursuing a civil suit threw the 1983 Forms.

MCGRAW ARB 0031

# Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _McGraw_ _Jeff_ _MI_ _Y38458_
                Last Name             First Name         MI        ID#

**Facility:** _Pontiac_

☐ Grievance: Facility Grievance # (if applicable) _2020-06-69_ _2020-07-56_ Dated: _10/25/2020_ _1/22/21_ or ☐ Correspondence: Dated: _____

Received: _3/1/21_ Regarding: _DR20200058811-SHA 6/8/2020_
       Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☑ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                           Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: Debbie Knauer _Debbie Knauer_ _3/8/21_
             Print Name                       Signature            Date

Distribution: Offender
              Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

MCGRAW ARB 0032

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** 07/30/2020     **Date of Review:** 01/18/2021     **Grievance #** (optional): 2020-07-56

**Offender:** Jeff McGraw     **ID#:** Y38458

**Nature of Grievance:**

Offender Disciplinary Report

**Facts Reviewed:**

This Grievance Officer reviewed offender McGraw's grievance, grievance records and pertinent information in O360 and Disciplinary Tracking System.

Offender McGraw grieves that he is appealing the disciplinary action given to him by the Adjustment Committee for incident # 202000588/1-sha. Mr. McGraw requests that the ticket be expunged immediately, that he be put back in A grade, for the racist acts to stop and to be left alone.

Per review of Mr. McGraw's grievance records, it has been determined that the issues outlined within this grievance have been previously addressed in grievance 2020-06-69.

**Recommendation:**

Based on a thorough review of all available information, this Grievance Officer recommends that offender McGraw's grievance be denied, as it is a duplicate to grievance 2020-06-69.

Michael Nolen, CCII
_____     _____
Print Grievance Officer's Name          Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 1-22-21     ☑ I concur     ☐ I do not concur     ☐ Remand

**RECEIVED**

**Action Taken:**

MAR 01 2021

ADMINISTRATIVE
REVIEW BOARD

_____     1-22-21
Chief Administrative Officer's Signature          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____     Y38458     1-26-21
Offender's Signature          ID#          Date

MCGRAW ARB 0033

# 2020-07-56

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 7-8-20 | Offender (please print): Jeff McGraw | ID #: V38458 | Race (optional): BLACK |
|---|---|---|---|
| Present Facility: Shawnee Correctional Center | | Facility where grievance issue occurred: Shawnee Correctional Center | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): _appeal of adverse decision Department rule 504: subpart F, racism, bias, prejudice, Favoritism_

- [ ] Medical Treatment
- [ ] HIPAA

Date of report

- [ ] ADA Disability Accommodation
- [x] Restoration of Sentence Credit

Facility where issued

**RECEIVED**
**JUL 09 2020**
**CLINICAL SERVICES**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am appealing my disciplinary action given to me by the adjustment committee for incident Number: 202000588/1-sha. I already grieved the disciplinary report and I am not duplicating any other grievance and Followed DR504.810 guidelines. I am currently in seg for a supposed STG because the prison is racist, bias, prejudice and staff discriminates against me because I'm a black muslim man trying to leave my past in the past. My 205-STG or Unauthorized organizational activity is for starting my dead best friends naming a GTL messages. My dead best Friend name is shondale gregory, AKA "Tooka" who was [x] Continued on reverse

**Relief Requested:** Expunge Ticket immediately, Put me back on A grade, Stop the racist acts going on here, and please leave me alone!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

| _Jeff McGraw_ | V38458 | 7-8-20 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary) _I am appealing the disciplinary action not the Disciplinary report a different thing_

---

**Counselor's Response** (if applicable)    Date Received: _____    [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: No review will be given due to not following DR 504.810, duplicate to grievance #2020-02-69.

| _Bob Wians_ | _Carl Cain_ | 7/09/20 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**RECEIVED**

---

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

**MAR 01 2021**
**ADMINISTRATIVE REVIEW BOARD**

| _____ | _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

.ssigned Grievance #/Institution:     Housing Unit:     Bed #:

st Lvl rec:     ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**
   2nd Lvl rec:

Killed at the age of 15 infront of me in chicago, IL 2010. I talk to my MHP Ms Sandusky, about him a lot Because i have Ptsd from the incident nd my friend comes nd talks to me nd i use to take a psych med for it. Tooka was never a "insane gangster disciple" or never had any form of rank, or leadership, or say so in any gang what so ever. I putin a request for 2 people to be my witnesses during my adjustment committee hearing my friend Earl Dawson and my MHP Ms Sandusky to testify for I. My friend was killed at the age of 15 and wasn't or is not indicative to any gang for 2 I thats often talk to Ms Sandusky about him because the incident with me seeing him killed i have PTSD nd Knightmares and for 3 My friend Earl Dawson could of testified that im not in a gang any more and when i was in a gang i was never a "Insane Gangster Disciple". When i asked Lt. Laster of the adjustment committee nd sherrod of the intel Unit for my witnesses to be present nd told them i got the proper paper in to have my witnesses present they told me i didn't need them. And also when i recieved my Adjustment Committee Final summary report it says that "no witnesses Requested", which is an Exhibit A. Also earlie this year i caught a disciplinary ticket nd was sent to seg on Feb 10 2020. For stating im a GTL to my mother" On tooka these bitch ass police gotme more time and imma do what i do bet". I stated "On tooka" in both messages, is me saying "on tooka" was a STG or was it really serious why wasn't i writtin up for that then, or given a warning or anything. And why would i recieve a punishment so severe now? Either Ms. Danko with the intelligence Unit has malice intentions or she doesn't know any history about gangs whatsoever. If Ms. Danko has malice intentions about me it means she intentionally lied nd fabricated a story to get me punished or even have harm done to me which is very wrong. My friend was gunned down infront of me and was only 15 yearold. His name is not, has never been or will never be indicative to ANY Gang! The 3 things that can be indicative to the "Insane Gangster disciples" and thats by someone putting something on the end by saying "On Don Smokey" who real name is ernest Wilson, by saying "On the I" which is short for Insane or by Plat out saying "Im Insane". Its alot of people who knew tooka that are not Insane Gangster disciples, Gangster Disciples or that are not in any gang period who says "On tooka" to show they are not him. All of this is facts and can be proven. Notonly by me stating "On tooka! not indicative to ANY GANG but by me stating im a self admitted Insane Gangster Disciple is a Flatout lie. when i first got here to shawnee i was interviewed by Intel Unit sherrod nd i told him i didn't gangbay any more. Even at my Adjustment Committee Disciplinary hearing sherrod showed a paper saying i was a "Past" Insane gangster disciple. If a proper investigation would of been conducted Ms. Danko would of discovered the truth instead of being racist nd trying to falsely penalize me. My AL-ISLAM muslim religion forbids me from being in a gang or having any other leader except ALLAH. My past gang is actually the "Black Disciples" nd when my friend Joseph Coleman aka "JoJo" was killed i started to rep "Insane Black Disciple" in remberance of him. All of this can be proven nd i will take a lie detector test to prove my innocence. I recieved a Excessive punishment of 3 months segregation, 3 months C grade, Revoke GCL or SGT 3 months, Disciplinary transfer, and 6 months Contact Visit restriction. And a friend of mine Derrien Jackson #Y28843 was Also written up for a 205 - STG or Unauthorized organizational activity and 310 - ABUSE of Privileges for Making a 3rd party call and stating "On King David" which is indicative to the "Black Disciple" Gang nd its a self admitted affiliate of the "Black Disciple" Gang which is shown in Exhibit 2. In Exhibit 3 you can see He was also found guilty of both offenses by Lt. Laster of the Adjustment Committee who was the same person who heard my ticket nd found me guilty. He nearly recieved 2 months C grade, Global block of #, and 6 month Contact Visit restriction. Why is my disciplinary action so severe? Please help im innocent and already served 30 days in seg so far!

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

*Exhibit 1*                                    *Exhibit 1*

Name: MCGRAW, JEFF          IDOC Number: Y38458          Race: BLK

Hearing Date/Time: 6/15/2020  07:10 AM    House Unit: SHA-S-02-31    Orientation Status: N/A

Incident Number: 202000588/1 - SHA         Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 6/8/2020 | 202000588/1-SHA | DANKO, CHRISTINE C | INTELLIGENCE UNIT | 07:25 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 205 | Gang Or Unauthorized Organization Activity | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

No Witness Requested

## RECORD OF PROCEEDINGS

I/M Plea: Not Guilty  I/M Statement: On Tooka is my dead homie who died in 2011 and he wasnt no INSANE GANGSTER DISCIPLE. I'm not no INSANE GANGSTER DISCIPLE. I aint in no gang anymore.

## BASIS FOR DECISION

Written IDR by Danko that while monitoring I/M McGraw Y38458 GTL messages the following was noted:  on 6/5/20 at 2:11pm McGraw sent a GTL message to Nijia Malone, in the message McGraw stated "on tooka" which is indicative to the Insane Gangster Disciples STG.  McGraw, Jeff Y-38458 is a self admitted Insane Gangster Disciple.  I/M ID'd by ID.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| Revoke GCC or SGT 3 Months | Revoke GCC or SGT 3 Months |
| Transfer (Disciplinary) | Transfer (Disciplinary) |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

Basis for Discipline: Seriousness of Offense

### Signatures
Hearing Committee

| | | Date | Race |
|---|---|---|---|
| LASTER, AUSTIN L  - Chair Person | Signature | 06/15/20 | BLK |
| HOUSEMAN, CHRISTOPHER | Signature | 06/15/20 | WHI |

Recommended Action Approved

## Final Comments: N/A

RECEIVED

MAR 0 1 2021

ADMINISTRATIVE
REVIEW BOARD

LU A WALKER / LAW  6/23/2020          Signature          06/23/20
Chief Administrative Officer                              Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

6-29-20.   12³⁰   By MAEC

Employee Serving Copy to Committed Person          When Served - - Date and Time

Run Date: 6/24/2020 11:37:56          Page 1 of 1          MCGRAW ARB 0036

Exhibit 3

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Exhibit 3

Name: JOHNSON, DERRIEN

IDOC Number: Y28843

Race: BLK

Hearing Date/Time: 11/25/2019  08:23 AM

Living Unit: SHA-03-D-75

Orientation Status: N/A

Incident Number: 201901783/1 - SHA

Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 11/22/2019 | 201901783/1-SHA | HUGHES, RYAN M | INTELLIGENCE UNIT | 08:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 205 | Gang Or Unauthorized Organization Activity | Guilty |
| 310 | Abuse Of Privileges | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

No Witness Requested

## RECORD OF PROCEEDINGS

I/m Plea: Not guilty  I/m Statement: I am not hooked up.  My best friend Malcom David Franklin and we call him King David.  I call my son "King DJ".  Malcom David Franklin was killed by the Dalton Police Dept.  When I came down here I told IA that I wasn't affilitated.  I didn't know what she did was or is considered a 3-way call.

## BASIS FOR DECISION

Written IDR: Hughes, R. stated On 11/22/2019 the Intelligence Unit monitored offender phone calls on the Securus Technologies Phone System and observed the following: On 10-3-2019 offender JOHNSON, DERRIEN Y28843 placed a call to 1-773-536-6685 (Ashley Jones).  At play point 6:00 the called party merge a 3rd party into the conversation by using a second phone (310).  This action was in direct disregard to the pre-recored message warning against 3rd party calls played at the beginning of each call.  Furthermore, at play points 9:11 and 5:17 offender JOHNSON is heard making the statement "On King David" which is indicative to the BLACK DISCIPLE STG (205).  Offender JOHNSON is a self-admitted affiliate of the BLACK DISCIPLE STG.  Based on this information offender JOHNSON, DERRIEN Y28843 is being charged with 205- SECURITY THREAT GROUP OR UNAUTHORIZED ORGANIZATIONAL ACTIVITY and 310- ABUSE OF PRIVILEGES.  Positive identification by state ID.
I/m Statement: I am not hooked up.  My best friend Malcom David Franklin and we call him King David.  I call my son "King DJ".  Malcom David Franklin was killed by the Dalton Police Dept.  When I came down here I told IA that I wasn't affiliated.  I didn't know what she did was or is considered a 3-way call.

## DISCIPLINARY ACTION   (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| Other : Global Block 773-536-6685 | Other : Global Block 773-536-6685 |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

Basis for Discipline:nature of offense

### Signatures
#### Hearing Committee

| | | Signature | Date | Race |
|---|---|---|---|---|
| LASTER, AUSTIN L - Chair Person | | | 1/25/19 | BLK |
| BLAKE, TINA N | | | 11/25/19 | BLK |

Recommended Action Approved

Final Comments: N/A

RECEIVED

MAR 0 1 2021

ADMINISTRATIVE
REVIEW BOARD
MCGRAW ARB 0037

Run Date: 12/3/2019 08:48:13

Page 1 of 2

*Exhibit 2*   *Exhibit 2*

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

Date: 11/22/2019

Shawnee Correctional Center
Facility

**Type of Report:**
☒ Disciplinary   ☐ Investigative

Offender Name:   JOHNSON, DERRIEN

ID #:   Y28843

**Offense Information:**

Observation Date   11/22/2019   Approximate Time:   8:00   ☒ a.m.  ☐ p.m.   Location:   Intelligence Unit

**Offense(s): DR 504:** 205-SECURITY THREAT GROUP OR UNAUTHORIZED ORGANIZATIONAL ACTIVITY and 310-ABUSE OF PRIVILEGES

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 11/22/2019 the Intelligence Unit monitored offender phone calls on the Securus Technologies Phone System and observed the following: On 10/3/2019 offender JOHNSON, DERRIEN Y28843 placed a call to 1-773-536-6685 (Ashley Jones). At play point 6:00 the called party merges a 3rd party into the conversation by using a second phone (310). This action was in direct disregard to the pre-recorded message warning against 3rd party calls played at the beginning of each call. Furthermore, at play points 9:11 and 15:17 offender JOHNSON is heard making the statement "On King David" which is indicative to the BLACK DISCIPLE STG (205). Offender JOHNSON is a self-admitted affiliate of the BLACK DISCIPLE STG. Based on this information offender JOHNSON, DERRIEN Y28843 is being charged with 205-SECURITY THREAT GROUP OR UNAUTHORIZED ORGANIZATIONAL ACTIVITY and 310-ABUSE OF PRIVILEGES. Positive identification by state ID.

**Witness(es):**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| | | | | | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| HUGHES | 4568 | | | 11/22/2019 | 8:25 |
| Reporting Employee (Print Name) | Badge # | Signature | | Date | Time |

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons:

Printed Name and Badge #    Shift Supervisor's Signature    Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☒ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction**, submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

Offender's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature
☐ a.m.
☐ p.m.

Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

RECEIVED

MAR 01 2021

ADMINISTRATIVE
REVIEW BOARD

Page 1 of 1

Distribution:   Master File
Offender

*Printed on Recycled Paper*

DOC 0317 (Eff. 7/2018)

MCGRAW ARB 0038

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

| | | |
|---|---|---|
| Date Received: 06/23/2020 | Date of Review: 10/21/2020 | Grievance # (optional): 2020-06-69 |
| Offender: McGraw, Jeff | | ID#: Y38458 |

**Nature of Grievance:**

3. Discipline
A. Disciplinary Report
C. Sanctions

7. Staff Conduct
B. Performance of Duty

**Facts Reviewed:**
Grievant states: I fear for my life and safety. I am emotionally nd mentally being broken to the extent i don't know if i will live to see tommorrow. I was let out of seg 6-5-20 after doing 30 days for investigation an a ticket i caught in seg. sent several messages out from my email including a message to my little cousin (Nijia Malone) and in that message i stated "On tooka" to show her how serious i was. Shondale Gregory also known as "tooka" is my best friend who was killed in front of me at the age of 15 in 2010. Because of that traumatic incident i have ptsd nd depression nd take meds for it nd also talk to mental health for it. On 6-8-20 Officer Danko # 9266 wrote me a cisciplinary report ticket for a 205-Security Threat Group or Unauthorized Organizational Activity for a GTL message i sent to my cousin where Officer C. Danko claims by me stating "On tooka" is indicative to Insane Gangster-Disciples STG which is a 100% lie and she also claims that am a self-admitted Insane Gangster Disciple which is a 100% lie.
**Relief Requested:** Remove from STG, throw my ticket out, Investigate C/O Danko #9266 nd see if she even qualify for a job in Gang Intelligence, and please protect me from all danger or any threats! Also protect me from all staff, Intel, nd IA here at Shawnee until I am transferred to arother prison. Place me on A-grade for the inconvience.
**Reviewed:** DTS Final Summary Report. Disciplinary Report, Record of Proceedings. and Basis for Decision follow DR504. Offender received 3 months C grade, 3 months Segregation. Revoke 3 months GCC, disciplinary transfer, and 6 months contact visit restriction as disciplinary action by the Adjustment committee for being found guilty of a 205 violation. This is a lesser than maximum penalty for the violation. (CONTINUED) → ow back

**Recommendation:**
Based upon a total review of all available information and a compliance check of the due process safeguards outlined in DR504, this Grievance Officer recommends the offenders grievance be DENIED. Offender received a lesser than maximum penalty for the violation. Per Intelligence Unit Offender is self-admitted o being an INSANE GANGSTER DISCIPLE. This Grievance Officer failed to find evidence to substantiate offender's claim of Staff Misconduct. (CONTINUED)

R. Hughes CC1
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

| | | | |
|---|---|---|---|
| Date Received: 10 25 20 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

## RECEIVED

MAR 0 1 2021

ADMINISTRATIVE 10 25 20
REVIEW BOARD       Date

_____
Chief Administrative Officer's Signature

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____            _____            _____
Offender's Signature                         ID#                        Date

MCGRAW ARB 0039

*Offender 360-Grade History:  Offender was restored to A grade on 10/20/2020.
*Offender 360-Time Adjustments:  Revocation of 3 months denied by Springfield.
*Per Intelligence Unit, Sir, during McGraws intake interview on 09/17/2019 he (McGraw) self-admitted to being an INSANE GANGSTER DISCIPLE. McGraw also self-admitted to holding rank as GENERAL prior to incarceration. McGraw displays a tattoo on his right hand "FBG" (fly boy gang) which is indicative to the GANGSTER DISCIPLES STG.

Recommendation CONTINUED- The Intelligence Unit is addressing offender's safety concerns.

MCGRAW ARB 0040

| Date: 6-9-20 | Offender (please print): Jeff McGraw | ID #: V38458 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Shawnee C.C | | Facility where grievance issue occurred: Shawnee C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Disciplinary Report 6-8-20
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA-Disability-Accommodation
- [ ] Restoration of Sentence Credit

Date of report: 6-8-20   Facility where issued: Shawnee Correctional Center

**RECEIVED**
SHAWNEE CORRECTIONAL CENTER JUN 15 2020

**RECEIVED**
JUN 11 2020
WARDEN'S OFFICE

**RECEIVED**
JUN 23 2020
CLINICAL SERVICES

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked grievance box marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I fear for my life and safety. I am emotionally nd mentally being broken to the extent i don't know if i will live to see tommorow. I was let out of seg 6-5-20 after doing 30 days for investigation nd a ticket i caught in seg. I sent several messages out from my email including a message to my little cousin (Nijia Malone) and in that message i stated "On tooka" to show her how serious i was. Shondale Gregory also known as "tooka" is my bestfriend who was killed in front of me at the age of 15 in 2010. Because of that traumatic incident i have ptsd nd depression nd [x] Continued on reverse

**Relief Requested:**

Remove me from STG's, Throw my ticket out, Investigate C/O Danko #9266 nd see if she even qualify for a job in Gang intelligence, and please protect me from all danger or any threats! Also protect me from all staff, Intel, nd IA here at shawnee until i am transferred to another prison. place me on A-grade for the inconvience.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

| *(signature)* Offender's Signature | V38458 ID# | 6-9-20 Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

| Print Counselor's Name | Sign Counselor's Name | **RECEIVED** MAR 01 2021 ADMINISTRATIVE REVIEW BOARD |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**   Date Received: 6-15-20

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| *(signature)* Waeker Chief Administrative Officer's Signature | 6-15-20 Date |
|---|---|

MCGRAW ARB 0041

take meds for it nd also talk to mental health for it. On 6-8-20 Officer C. Danko #9266 wrote me a disciplinary ticket for a 205 - Security Threat Group or Unauthorized Organizational Activity for a GTL message i sent to my cousin where Officer C. Danko claims by me stating "On Foolio" is indicative to Insane Gangster Disciples STG which is a 100% lie and she also Claims that i am a self-admitted Insane Gangster Disciple which is a lie. By something being indicative means it has to indicate something in which my bestfriend Shondale Gregory aka "Foolio" is not indicative to any gang or Security Threat Group in any shape form or fashion what so ever. Also i am not a Insane Gangster Disciple never have never will be one and i am willing to take a lie detector test for all of this. The incident with my friend being killed can be proven and googled his name is Shondale Gregory killed on 63rd nd st. lawrence in chicago, IL on a bus stop 2009-2010. I am constantly being picked on nd singled out by Intel here nd my life and mental health safety is constantly being put in jeopardy. Its only 1 name that can be indicative to any Gang or Security Threat Group and thats thier former or past leader in which my bestfriend was never a gang leader nor was he looked upon as a gang chief. I state various names of my dead friends or family nd none of them are indicative to any Gang or STG. When i came down here i told the Intel sherrod i wasn't in any gang anymore nd that i don't Gang bang anymore. Even in my past when i did Gang bang i was never a Insane Gangster Disciple so for me to even be known as one or lied on is crazy nd degrading. Names that can be indicative to gangs are known world wide as for the Black Disciples is David Barksdale aka "King David", as for the Gangster Disciples it is Larry Hoover, as for the Insane Gangster Disciples it is Ernest Wilson aka "Don Smokey" and for other gangs all of this can be proven via Internet. My friend was never a chief or leader of any gang nd he was not even a Insane Gangster Disciple before he died and all of this can be proven. I do not belong to ANY Security Threat Group anymore i am a muslim man and my past affiliation is not apart of me anymore nd i only wish to be seen as a muslim man. This could get me hurt or killed anywhere! Officer C. Danko #9266 should not work intel if she dont even know the history, lingo, or leaders of gangs nd is falsely accusing people of being indicative or participating in any STG activity. All of this can be proven by internet, Intel at Cook County and i am willing to take a lie detector test about all of this. I dont want to die or get killed for anything in jail or in society nd this is putting me in immediate danger. Please help I am currently in Seg for a misunderstanding nd multiple lies that wasn't ever investigated before disciplinary actions were taken.

MCGRAW ARB 0042

I am appealing the decision of Grievance #2020-07-56 because this grievance is not a duplicate of Grievance # 2020-06-69. They are trying to cover up their actions of wrong doing and racism. On Grievance #2020-06-69 Exhibit A and B i am grieving recieving the ticket and the staff conduct of Officer Danko, and Officer sherrod. On grievance #2020-07-56 i grieved the disciplinary action i was given for my ticket. As you can see on Exhibit 2 and 3 its shows that favoratism was shown to another inmate for the exact same disciplinary ticket. They know this for a fact and refuse to investigate the situation. Can you please look at this and help me.

**RECEIVED**

MAR 01 2021

ADMINISTRATIVE
REVIEW BOARD

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** McGraw _____ Jeff _____ _____ Y38458
           Last Name               First Name              MI      ID#

**Facility:** Shawnee _____

☒ Grievance: Facility Grievance # (if applicable) 2020-06-96 __ Dated: 6/12/2020 ___ or ☐ Correspondence: Dated: _____

Received: 12/23/2020 ___ Regarding: Medical - Medical treatment, nerve damange, right arm _____
        Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfielc, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date

☒ No justification provided for additional consideration.

**Other** (specify): Grievance not in accordance with DR504F. _____

Completed by: Travis Bayler _____     _____     2/4/2021
              Print Name                              Signature               Date

MCGRAW ARB 0044

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 06/29/2020 | **Date of Review:** 10/21/2020 | **Grievance # (optional):** 2020-06-96 |
| **Offender:** McGraw, Jeff | | **ID#:** Y38458 |

**Nature of Grievance:**

11. Medical
E. Treatment
22. Other

**Facts Reviewed:**

Grievant states: On 6-12-20i talked to NP Mary Peeks and she was being assisted by nurse Jason Jackson. We were having a conversation about my treatment for my nerve damage in my right arm due to a gunshot wound. On 6-5-20 i talked to Mary Peeks about the same thing and she stated my medical records never came from John Strogen hospital in Chicago Il were a received a emg "nerve test" and that i will be called to HCU to sign a release form so they can recieve my medical records. I was never called to sign the forms. On 6-12-20 NP Mary Peeks came to recieving and presented me a medical form and stated " oh it was lost nd Kim Johnson found it". She never let me physically examine it to make sure it wasn't fabricated. She stated " I never see you were in nuerontins but my personal opinion is nuerontins are dangerous so im not givin them to you".

**Relief Requested:** Investigate Np Mary Peeks, Give me proper medical assistance, give me proper treatment, I will like to be compensated for inadequate medical assistance Diliberate incifference, and pain and suffering. Give me a copy of all my medical records. Please help!! Put me back on Gabapntin.

**Reviewed:** Response from HCUA Smoot- Per chart review: Noted Offender McGraw was seen by NP Peeks on 6/12/2020; NP Peeks documented 5.5 pages related t her encounter with Offender McGraw, including review of old records; NP Peeks documented that McGraw was agitated throughout the assessment and even more so when she attempted to provide patient education; after reviewing past medical history with McGraw and discussing his refusal of pain interventions that were not pharmaceutical, NP Peeks documented that she is not comfortable with prescribing McGraw Gabapentin due to " it appears as though patient is only interested in  (CONTINUED)

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the offender's grievance be DENIED. Per HCUA Smoot: "I support NP Peek's decision, and trust that her intentions were patient centered and without bias".

R. Hughes   CC1

Print Grievance Officer's Name                           Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 10 2520 | ☑ I concur   ☐ I do not concur   ☐ Remand | |

**Action Taken:**

RECEIVED
DEC 2 3 2020
ADMINISTRATIVE
REVIEW BOARD

10 2520

Chief Administrative Officer's Signature                    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Jeff McGraw                      Y38458              11-24-20
Offender's Signature                    ID#                    Date

MCGRAW ARB 0045

getting Gabapentin". I support NP Peek's decision, and trust that her intentions were patient centered and without bias.

MCGRAW ARB 0046

1st Lvl rec: 2020-06-96    ILLINOIS DEPARTMENT OF CORRECTIONS    Ja-1    IE 22    2nd Lvl rec:
**Offender's Grievance**

| Date: 6-12-20 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): BLACK |
|---|---|---|---|
| Present Facility: Shawnee | | Facility where grievance issue occurred: Shawnee | |

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☑ Medical Treatment | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☑ Other (specify): Inadequate Medical assistance, Diliberate Indifference, Pain and suffering | | |
| ☐ Disciplinary Report | | | |

| Date of report | RECEIVED | Facility where issued |
|---|---|---|

Note: Protective Custody Denials may be grieved ~~RECEIVED~~ SHAWNEE CORRECTIONAL CENTER tion on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle located in each facility.

RECEIVED SHAWNEE CORRECTIONAL CENTER
JUN 29 2020

RECEIVED
JUN 26 2020

RECEIVED
JUN 16 2020
CLINICAL SERVICES

Counselor, unless the issue involves discipline, is deemed an emergency or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 6-12-20 i talked to NP Mary Peeks and she was being assisted by Nurse Jason Jackson. We were having a conversation about my treatment for my Nerve damage in my right arm due to a Gunshot wound. On 6-5-20 i talked to Mary Peeks about the same thing and she stated my medical records never came from John Stroger hospital in Chicago, IL were a recieved a eing "Nerve test" and that i will be called to HCU to sign a release Form so they can recieve
☑ Continued on reverse

**Relief Requested:**

Investigate NP Mary Peeks, Give me proper medical assistance, Give me proper treatment, I will like to be compensated For Inadequate medical assistance, Diliberate indifference, and pain and suffering, Give me a copy of all my Medical Records. Please help!! Put me back on my Gabepentin

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

| _Jeff_ | Y38458 | 6-12-20 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

This is not a duplicate its a separate incident with the same person please help!

**Counselor's Response** (if applicable)    Date Received: _____    ☑ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: No review will be given due to not following DR 504.810, duplicate to grievance #2020-05-156.

| _Bob Allard_ | _Bob Allard_ | 6/26/20 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED
DEC 23 2020
ADMINISTRATIVE REVIEW BOARD

EMERGENCY REVIEW:    Date Received: 6.17.20

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance   _Dual_
☑ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

| _Walker_ | 6.17.20 |
|---|---|
| Chief Administrative Officer's Signature | Date |

MCGRAW ARB 0047

My Medical records. I was never called to sign the forms. On 6-13-20 NP Mary Peeks came to recieving and was presented me a Medical Form and stated "Oh it was lost nd Kim Johnson found it". She never let me physically examine it to make sure it wasn't fabricated She stated "I see you were on nurotins but my personal opinion is nurotins are dangerous so im not given them to you" I stated to her what was i suppose to do about pain nd Functioning my arm she told me it will get better in time its nothing i can do. This is diliberate Indifferanc Mary peeks sees im in pain nd can hardly Function my arm nd hand but refuses to give me any treatment Once again my medical attention is not Being taken serious! Treatment is serious nd she she followed by protocal nd not a Opinion. Her Feeling "they are dangerous" dont mean i shouldn't recieve proper treatment! I should be the one to determin if the side effects are dangerous which she never told me what they were. I should recieve proper treatment like everybody else. She also stated "I dont give out nurotins" so its other people suffering because of her personal opinion of a medication and thats not right. please help. Immediately

This not a duplicate this is a whole new incident with the same person. I Followed DR504.810 guidelines.

HTN
Bipolar disorder
**Family History:**
    Unable to obtain.
**Procedure history:**
No active procedure history items have been selected or recorded., Kidney stone and bullet fragment removal in 2014

**Social History**
    Tobacco: not smoked in 3years due to incarcation
    Alcohol: previous social drinker
    Illicits: previous marijuana and ecstasy use

    Currently incarcerated.

RECEIVED
DEC 23 2020
ADMINISTRATIVE
REVIEW BOARD

**Physical Examination**
    **Constitutional:** Vital Signs
        10/15/2018 13:02 CDT

| | |
|---|---|
| Temperature Oral | 97.6 DegF |
| Heart Rate | 82 bpm |
| Respiratory Rate | 18 breaths/min |
| **Systolic Blood Pressure** | **170 mmHg >HHI** |
| Diastolic Blood Pressure | 87 mmHg |

General: Alert and oriented, No acute distress.
Eyes: Ophthalmoscopic examination of discs and posterior segments normal.
Musculoskeletal: See neurology section for motor and gait exam.
    **Neurologic:** Discs sharp bilaterally
    MS: awake, oriented to person, place and time, nl language and comprehension, nl recall and attention
    CN: PERRL, EOMI, nl facial strength and sensation, nl hearing to finger rub, sym palate elevation, no tongue deviation
    Motor: 5/5 throughout with exception to R. interossei, nl tone, no abn movements
    DTR: 2+ throughout with exception to triceps which were 1+ bilaterally, downgoing toes
    Sensation: nl sensation to LT, diminished sensation to PP in digits 41/2 and 5.
    Coord: no dysmetria on ftn or hts, nl RAM
Gait: nl casual and tandem gait.

**Impression and Plan**
    **Impression:** Patient is a 24yoM ████████ HTN and GSW 5 years ago with residual RUE numbness. Patient describing worsening symptoms of pain and burning. Paitents symptoms are likely residual from known C8 traumatic radiculopathy. However, given patients description of worsening symptoms, would like EMG/NCS to evaluate for additional ulnar neuropathy. Described that it takes time for nerve injury to heal and that symptoms could be persistent, particularly given chronicity of his injury. Described medication options including gabapentin which patinet states that he remembers trying with some improvement as well as lidocaine patches and ointment.

    Recommend the following:
    -Can consider addition of medication for patinets burning pain including gabapentin 100mg TID vs. lidocaine patch or

| | | |
|---|---|---|
| Printed by: | SMITH, MONICA | Page 3 of 4 |
| Printed on: | 01/23/2020 10:00 CST | |

lidocaine topical ointment
-EMG/NCS to evaluate for additional nerve injury
-Patient was given my office number and advised to call with any additional questions or worsening symptoms. For
    emergency situations, patient was advised to call 911 and/or present to the ER immediately.
-Discussed above with patient. Patient verbalized understanding.
-Followup with PCP.
**Diagnosis**
    Radiculopathy affecting upper extremity : ICD10-CM M54.10, Discharge DX, Medical.

**Signature Line**

Electronically Authored On:   15-Oct-18 13:34
Electronically Signed By: WARRIOR MD, LAKSHMI
  PAGER BUS:  312 400 4556

**Completed Action List:**
* Perform by WARRIOR MD, LAKSHMI on October 15, 2018 13:27 CDT
* Modify by WARRIOR MD, LAKSHMI on October 15, 2018 13:34 CDT
* Sign by WARRIOR MD, LAKSHMI on October 15, 2018 13:34 CDT
* VERIFY by WARRIOR MD, LAKSHMI on October 15, 2018 13:34 CDT

MCGRAW ARB 0050

OCTOBER 29, 2020

TO: ADMINISTRATIVE REVIEW BOARD:

ENCLOSED FOR YOUR REVIEW IS THE GRIEVANCE OFFICER'S RESPONSE AND MEDICAL REPORT ELECTRONICALLY SIGNED BY: WARRIOR MD, LAKSHMI ORDERING THAT I BE PLACED ON GABAPERTIN 100 MG, WHICH I WAS ON UNTIL MY ARRIVAL AT SHAWNEE CORRECTIONAL CENTER. ONCE I ARRIVED AT SHAWNEE, NURSE PRACTIONER MARY PEEK'S REFUSED TO PRESCRIBED GABAPERTIN OR AN ADDITIONAL MEDICATION FOR MY CONTINUING PAIN.

RESPECTFULLY,

JEFF MC GRAW #Y38458

RECEIVED
DEC 23 2020
ADMINISTRATIVE
REVIEW BOARD



## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: McGraw, Jeff

ID# : Y38458

Facility: Shawnee

11/24/20
Date

This is in response to your grievance received on <u>6/19/2020</u>. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: <u>5/21/2020</u>   Grievance Number: <u>202005156E</u>   Griev Loc: <u>Shawnee</u>

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other   <u>5/21/20 Medical treatment; wants to see the Doctor and get treatment for his nerve damaged right arm</u>

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ☑ Other:  <u>The Provider has the discretion on what medication order, tests or referral appropriate for offender. Offender has been</u> seen, and further evaluation requested. Offender is to follow regular sick call protocol for further medical need. Moot.

FOR THE BOARD: _____
KUFORIJI, ADEWALE
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Acting Director

CC: Warden, <u>Shawnee</u> Correctional Center
McGraw, Jeff , ID# Y38458

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**   MCGRAW ARB 0052

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** 05/26/2020    **Date of Review:** 06/02/2020    **Grievance #** (optional): 202005156E

**Offender:** Jeff McGraw    **ID#:** Y38458

**Nature of Grievance:**

11. Medical
E. Treatment
Offender wants to be seen and evaluated for medication and physical therapy.

**Facts Reviewed:**

Grievant states: On 4-30 and 5-9-20 I saw nurse Robin for NSC regarding the nerve damage in my right arm, from a gun shot wound. She said I would see a Dr or NP in 72 hours and I still haven't. I have put in multiple NSC requests which have been ignored. I need put back on my gabapertin or neurotins because I have sever nerve damage. Dr. Drew said he has talked to Dr. David and the NP about my problems and I still haven't received and medical attention.

Relief Requested: Given proper medical treatment, medication and physical therapy.

Reviewed: Response from HCUA Smoot: Per chart review; Offender McGraw was seen by Robin RN, and at that time, Nurse Robin failed to complete a treatment protocol or add Offender to the 72hour book; on 5/06, Offender was seen on NSC for signs/symptoms of UTI, but no complaints of pain/discomfort to arm; 5/12, the NP reviewed Offender's medical file, noted no treatment protocol or previous mention of medication requested for arm pain, advised to request NSC; 5/23, seen by Drew LPN for Seg NSC, treatment protocol not completed, and medical file flagged for Provider review. This writer has requested Offender McGraw be seen again for NSC, a treatment protocol completed, and a Provider review.
Reviewed O360 Call Pass History: Offender has over 50 previous call passes for the HCU.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded <u>mental health</u> services and will continue to be provided services.

Kim Johnson _____    _K Johnson_ (signature)
Print Grievance Officer's Name    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable.)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 6-4-20    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

RECEIVED
JUN 19 2020
ADMINISTRATIVE
REVIEW BOARD

_Walker_ (signature)    6-4-20
Chief Administrative Officer's Signature    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Jeff McGraw_ (signature)    Y38458    6-10-20
Offender's Signature    ID#    Date

MCGRAW ARB 0053

# ILLINOIS DEPARTMENT OF CORRECTIONS
1st Lvl rec: 2020-05-156     IIE
## Offender's Grievance

| Date: 5-21-20 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Shawnee CC | | Facility where grievance issue occurred: Shawnee CC | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] HIPAA
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

[x] Other (specify): Inadequate Medical Assistance

5-21-20
Date of report

Shawnee CC
Facility where issued

RECEIVED
MAY 26 2020
SHAWNEE C.C.
WARDEN'S OFFICE

RECEIVED
MAY 26 2020

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED
MAY 26 2020
CLINICAL SERVICES

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-30-20 and 5-9-20 Nurse Robin saw me for a nurse sick call,
each sick call was for my nerve damage in my right arm from a Gun shot
wound. She informed me i will see a doctor or nurse practitioner in 72 hrs.
I still havent seen one as if my need of medical assistance isnt important.
I have put in Over 15 nurse sick calls ever since i got to shawnee nd
was seen once by a Dr nd he said he was waiting on paper work from Cook
county. Thats been almost 6 months nd i still havent heard anything nd my
Continued on reverse

Relief Requested:

Please give me proper medical treatment including proper meds, and physical
therapy before my problem get worse please

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| _Jeff_ | Y38458 | 5-21-20 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED
JUN 19 2020
ADMINISTRATIVE
REVIEW BOARD

**EMERGENCY REVIEW:**     Date Received: 5-26

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance

[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

| _Walker_ | 5-26-20 |
|---|---|
| Chief Administrative Officer's Signature | Date |

MCGRAW ARB 0054

Nurse sick calls are being ignored. Multiple nurses have evaluated me nd determined i need to be put back on my gabepentin or Nuerotins because i have severe nerve damage due to a Gunshot wound. A lot of times the pain i go threw is excruciating nd unbearable nd its only getting worse because i am not getting the proper treatment or physical therapy. I need help bad im not asking for any special treatment or anything i just want my medical treatment to be fair before my arm nd fingers get so bad that i cant use them please help! even Dr. Drew has told me he has talked to the Dr. David nd the Nurse practitioner about my problem nd i still havent recieved ANY MEDICAL ATTENTION!

MCGRAW ARB 0055

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: **McGraw, Jeff**

ID# : **Y38458**

Facility: **Shawnee**

Date: **11-2-70**

This is in response to your grievance received on **4-27-70**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **2-14-70** Grievance Number: **202002114** Griev Loc: **Shawnee**

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other **Mental Health - Medication**

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ☑ Other: **Medication prescribed is at the discretion of Mental Health Professional. Offender needs to seek mental health for arising concerns. Denied.**

FOR THE BOARD: _____
KUFORIJI, ADEWALE
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Acting Director

CC: Warden, _____ Correctional Center
_____, ID# _____

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

MCGRAW ARB 0056

*R-177*

| Grievance Officer's Report |
|---|

Date Received: 02/20/2020   Date of Review: 03/24/2020   Grievance # (optional): 202002119E

Offender: Jeff McGraw   ID#: Y38458

**Nature of Grievance:**

11. Medical
C. Medication
Wants to continue taking effexor 150mg twice a day.

---

**Facts Reviewed:**

Grievant states: I got to Shawnee on 9-7-19 and I was taking psych meds. I talked to the psych doctor and was told IDOC doesn't give affexor and that I will be winged off of it. She told me to stay on it I would have to try other meds first. I informed her I have tried other meds and had bad side effects and I told her I have serious depression disorder. The last time I seen the doctor was at the end of January 25 or 30th and she changed my meds without even informing me.

Relief Requested: Put back on my original medication which is 300mg effexor, 150mg twice per day. If not send me to a institution that can accomodate my psych needs please.

Reviewed: Response from SWIV Smith: A review of Mr. McGraw's mental health records show he was seen by the psychiatric provider, per protocol, and the conversation as to medication changes and the reasons for the change were discussed between Mr. McGraw and the psychiatric provider during the appointments. It is at the discretion of the psychiatric provider as to which medication is clinically needed and prescribed. Formulary and non-formulary policies and directions towards psychiatric providers would be the same at other IDOC facilities. After a review of his mental health records, the MHP and Psychiatric documentation demonstrates appropriate clinical direction and treatment, as well as appropriate level of care. Mr. McGraw has been and will continue to be provided with mental health services, in accordance to the Administrative Directives and Standard Operating Procedural Manual for the Office of Mental Health Services in the Illinois Department of Corrections.

---

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded mental health services and will continue to be provided services.

Kim Johnson

_____   _____
Print Grievance Officer's Name   Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

---

| Chief Administrative Officer's Response |
|---|

Date Received: _____   ☐ I concur   ☐ I do not concur   ☐ Remand

Action Taken:

**RECEIVED**
**APR 27 2020**
ADMINISTRATIVE
REVIEW BOARD

3-31-20

_____
Chief Administrative Officer's Signature          Date

---

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____   Y38458   4-16-20
Offender's Signature                 ID#             Date

---

MCGRAW ARB 0057

1st Lvl recd: **2020-02-119** ILLINOIS DEPARTMENT OF CORRECTIONS 11C 2nd Lvl recd: ___
**Offender's Grievance**

| Date: 2-17-20 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): |

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [✓] Other (specify): Pysch Treatment
- [ ] Disciplinary Report

2-17-20 Date of report _____ Facility where issued _____

**RECEIVED SHAWNEE CORRECTIONAL CENTER**

**RECEIVED MAR 02 2020 SHAWNEE CC WARDEN'S OFFICE**

**RECEIVED Shawnee Correctional Center MAR 2 8 2020 GRIEVANCE LIAISON**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I got here to Shawnee 9-17-19 in which i was taking pysch meds when i talked to my pysch doctor i was told that i doc doesn't give people affexor (ANTI DEPRESSANT) and that i will be winged off of it. She also told me if i wanted to stay on it i will have to try out other meds and see if they work. I told her that i took 2 of the meds already and the sign affects were 2 severe and they didn't help me. I also informed her that i have very severe deppresion disorder and taking off my Orignel meds will be

[✓] Continued on reverse

**Relief Requested:**

Please put me back on my original medication which is 300 mg of affexor 150 mg in the morning and 150 mg at night. If not send me to a Institution that can accomodate my ~~psych~~ pysch needs please.

[✓] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

_Jeff McGraw_ Offender's Signature     Y38458 ID#     2-17-20 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

**RECEIVED APR 27 2020 ADMINISTRATIVE REVIEW BOARD**

_____     _____     _____
Print Counselor's Name     Sign Counselor's Name     Date

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: 3.2.20

Is this determined to be of an emergency nature:

- [✓] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated     Offender should submit this grievance according to standard grievance procedure

_S. Walker_     3.2.20
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0058

a problem and that i have been taking effexor since 2017 and that my behavior and depression has gotten better. Now since i on receive 37.5 mg my depression and behavior is getting worse. I fear something bad might happen if im not put on my regular meds. I shouldn't have to try several different meds just to get back on my original. My constant change of medication is bothering me mentally and emotionally. And i know my behavior and depression will only get worse. The last time i seen the doctor was at the end of january or 03-30 and she changed my meds again without even informing me.

MCGRAW ARB 0059