SCANNED AT PON CC
EMAILED 1/6/22 (date)
BY _____ (intials)
25 (# of pages)

U.S District Court for The
Southern District of ILLINOIS, East St. Louis Division

Jeff McGraw #Y38458          Case #3:21-CV-00800-SMY
        Plaintiff

                            Judge Staci M. Yandle

        Vs
Mary Peeks, A. David, Warden
Mitchell, and Wexford Health Sources
        Defendants

## Reply for Summary Judgment For Failure To Exhaust Administrative Remedies

Plaintiff Jeff McGraw #Y38458, preplys to the Affirmative defense of the Defendants regarding summary Judgement for Exhaustion of Administrative Remedies

### Administrative Exhaustion

The Plaintiff exhausted his administrative remedies properly by taking all of the proper administrative steps. First by submitting each grievance in the institutional legal mail box. When each grievance was returned to plaintiff with or without counselor's response plaintiff resubmitted each grievance in the institutional legal mail box

so it can go to the second stage in which is the grievance officer. Once those grievance were returned plaintiff was transferred to a differnt facility, in which is from Shawnee correctional Center to Pontiac Correctional Center On 1-29-21 and put on Quarantine due to the Covid-19 Pandemic. Once a inmate is transferred from 1 facility to another facility his property is automatically sent to property to be searched and recieves a compliance check. Plaintiff did not recieve property until 2-17-21. Once Plaintiff recieved his property plaintiff sent all of his grievances to 3rd level by appealing signing and dating grievance officer response. Plaintiff turned mail in to be sent out to the Administrative Review Board to a c/o who put all inmate mail in the mail bag and sends it to the mailroom. Inmate was told by the correctional officer that due to his Quarantine status he mail will not be processed until his quarantine status was lifted. Plaintiff quarantine status was lifted and was sent to general population on 2-19-21. Plaintiff wrote personal property asking about property and mail being sent out and was told "Mailroom is roughly four weeks behind with limited staff, Please be patient as mailroom continues to process property". Plaintiff shall not be held accountable for the mailroom's backed up mail due to limited staff during the covid-19 Pandemic.

Plaintiff would list his exhaustion of Remedies each in order from each event with movement sheet and Counselor summary from mail room.

Incident dated 11-25-20 Grievance 2020-11-108E Exhibit B1 Grievance turned in through institutional legal mail box. Grievance ~~Deemed Emergency~~ sent to second level. Exhibit B2 Grievance officer Report Dated 1-20-21. Grievance appealed and signed to be sent to Administrative Review Board. Exhibit B3 Administrative Review Board Response dated 3-16-21

Incident dated 12-8-21 Grievance 2020-12-42E Exhibit C1 Grievance turned in through institutional legal mail box. Grievance Deemed emergency and sent to second level. Exhibit C2 Grievance officer Report Dated 1-13-21. Grievance appealed and signed to be sent to Administrative Review Board. Exhibit C3 Administrative Review Board Response dated 3-16-21

Incident dated 12-16-21 Grievance 2020-12-84 Exhibit D1 Grievance turned in through institutional legal mail box. Grievance sent to grievance officer on 12-23-20 Exhibit B2 Grievance officer Report Dated 1-20-21. Grievance appealed and signed to be sent to administrative Review Board. Exhibit B3 Administrative Review Board Response dated 3-16-21

Page 4

Incident Dated 4-15-21 Grievance 092121 Exhibit E1
Grievance turned in through institutional legal mail Box.
Grievance sent to grievance officer on 5-5-21 Exhibit E2
Grievance officer report dated 6-10-21. Grievance
appealed signed and dated 7-7-21. Exhibit E3
Administrative Review Board Response dated 7-14-21

Incident Dated 5-9-21 Grievance 092495 Exhibit F1
Grievance turned in through institutional legal mail Box.
Grievance sent to grievance officer on 5-17-21. Exhibit F2
Grievance officer report dated 8-12-21. Grievance
appealed signed and dated 8-17-21. Exhibit F3
Administrative Review Board Response dated 8-26-21

Counseling summary Dated 4-13-21 Exhibit A1.
Response to offenders Request.

Movement sheet Exhibit A2

Wherefore, For the above and foregoing reasons plaintiff
respectfully request that this honorable court enter judgement
in his favor allowing plaintiff to proceed with his complaint.

Respectfully submitted
Prose JeFF Mc graw Y38458
Plaintiff Jeff McGraw

Routing Unit: Veg a

1st Lvl rec: Mar. 2020-11-108    2nd Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**    7B/11E

| Date: 11-25-20 | Offender (please print): Jeff McGraw | ID.#: Y38458 | Race (optional): BLACK |

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☑ Other (specify): Inadequate Medical assistance, Deliberate Indifferen
- ☑ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____ Facility where issued _____

RECEIVED RECEIVED
DEC 1 2020  NOV 30 2020

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

CLINICAL SERVICES

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-17-20; I put in a Nurse sick call because For the past 8 months, i have been seeking treatment from the Medical staff here. I have a history of blatter problems and prostate problems due to me being obet and having prostatitis. This is my 9th time putting a Nurse sick call slip and i am being refused medical treatment by Nurse Practitioner Mary peeks and Dr. David. A couple of weeks back Mary peeks gave me a urine test For this problem in which does not detect bladder Function or prostate problems. I took the urine test and explained to Mary peeks my problems and even

☑ Continued on reverse

**Relief Requested:**

Please give me proper medical care, investigate Mary peeks For Medical Malpract and racism. Please let me see the Dr For all my problems because i Fear Mary peeks will Retaliate.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Jeff McGraw _____ Y38458 _____ 11-25-20
Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name _____ Sign Counselor's Name _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the Grievance Officer.

RECEIVED
MAR 0 8 2021
ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW:**    Date Received: 12/1/20

Is this determined to be of an emergency nature?

☑ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

_____ Chief Administrative Officer's Signature       12/1/20
Date

Distribution: Master File, Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0024

Exhibit H

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

explained that i have had this problem before. Mary peeks responded "i don't know" what the fuck im talking about". I explained that if she looking in my medical File which was in her hand she would see my ~~so~~ history and test from a Urology Dr (Exhibit 2 to which it states i had prostatitis, chronic B/I testicular pain, I have had suprapubic and urethral foley catheters, acute bacterial prostatitis and was given cipro 500. She responded saying "she doesn't care oh. do what she wants because she did 8 years in college for her job and she would come back and talk to me. Everytime i talk to her about my medical problems she is very rude, ~~very~~ unprofessional and tend to have attitudes. Mary peeks has something against me because i am a young black man which is very wrong to be racist and bias. I have been shot and has had a bullet frag removed from my bladder, I have a hard problems urinating, i have chronic pain in my pelvic area and peris, Something i cant hold my urine causing me to urinate on myself. Ms. Mary peeks is well aware of this because we went over my medical records an other occasions and she was the person who had me sign the release of medical records paper. Exhibit 1 and 2. Im having urinary retention which is the inability empty the bladder at all and requires urgent medical treatment to drain accumulated urine. I have Urinary Incontinence, which causes urine leaks when the bladder is under pressure and is caused by a ENLARGE PROSTATE. I have had PROSTATITIS which is inflammation of the prostate gland and is treated with medication. The condition may be slow to clear up and tends to recur. And i have a ENLARGED PROSTATE which is due to inflammation, prostate cancer, or benign prostatic hyperplasia. Symptoms of BHP. may include Frequent urination, delay in starting to pass urine, a weak urine Flow, dribbling after urinating, and a ~~the~~ feeling that the bladder has not emptied completely. Occasionally urine flow may be completely blocked causing rapidly increasing pain. THIS REQUIRES URGENT TREATMENT TO DRAIN accumulated urine. Severe cases are treated with medication to shrink the prostate to improve urine flow. All of this is known to Mary peeks and she is intentionally refusing me adequate medical assistance and causing my problems to get worse which is Wantson infliction of pain. The supreme court has stated "deliberate indifference to serious medical needs of prisoners constitutes the unnecessary and wanton infliction of pain proscribed by the Eighth Amendment. As with other Eighth amendment Claims, the deliberate indifference standard requires a plaintiff to show that the defendants had actual knowledge of an objectively cruel conditions (in medical cases, a serious medical need) and did not respond reasonably to the risk.

MCGRAW ARB 0025

*Ex 14-A2*

S2-32

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 12/14/2020 | Date of Review: 01/18/2021 | Grievance # (optional): 202011108E |
| Offender: Jeff McGraw | | ID#: Y38458 |

**Nature of Grievance:**

11. Medical
E. Treatment
This response is for both 2020-11-108E and 2020-12-84.

**Facts Reviewed:**

Grievant states: On 11-17-20 I put in for NSC this is my ninth time putting in for NSC and I am being refused medical treatment by NP Peeks and Dr. David. NP Peeks gave me a urine test a couple of weeks ago and I tried to explain to her that the test will not detect my problem of bladder and prostrate problems. I told her to look in my file and she would see my history and test form. I tried to explain my past health issues and she was very rude, unprofessional and tends to have an attitude. M. Peeks has something against me because I am a young black man which is very wrong to be racist and bias. I have urinary incontinence, enlarged prostrate, prostatitis and symptoms of BHP. All of this is known by M. Peeks and she is intentially refusing me adequate treatment. On 12-16-20 I still have yet to receive medical attention for my enlarged prostrate.

Relief Requested: Give me proper medical care, investigate Mary Peeks for medical malpractice and racism. Please let me see the Dr. for all my problems because I fear Peeks will retaliate.

Reviewed response from A. David, MD: He has been seen many times by the NP and the nurses claiming he has urinary retention from previous gun shot wound and prostrate enlargement. He has been straight cath with no evidence of urinary retention. He is very young to have an enlarged prostrate. There is no evidence of inflammation of the prostrate (prostatitis). He will be seen as needed by nurses.
Reviewed response from M. Peeks: The allegations made by McGraw are false. I conduct myself in a professional manner and the offenders age or skin color does not impact the care that is provided.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded medical treatment and will continue to be provided services. He should continue to contact the HCU if he feels he needs to be seen. Staff misconduct could not be substantiated.

Kim Johnson, CCII

Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 1-20-21 | ☑ I concur    ☐ I do not concur    ☐ Remand | |

**Action Taken:**

RECEIVED

MAR 08 2021

ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature          1-20-21
                                                   Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Jeff McGraw                    Y38458              2-17-21
Offender's Signature            ID#                Date

MCGRAW ARB 0023

Exhibit D5

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _McGraw_     _Jeff_     _Y38458_
Last Name          First Name          MI          ID#

Facility: _Pontiac_

☐ Grievance: Facility Grievance # (if applicable) _2020111085E_ Dated: _1/20/21_   or ☐ Correspondence: Dated: _____

Received: _3/8/21_   Regarding: _Medical - denied treatment for bladder & prostate_
Date                                                                                              _11/17/2020_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
☐ Provide dates when incidents occurred.
☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
   Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
☐ Contact your correctional counselor or Field Services regarding this issue.
☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
☐ Contact the Record Office with your request or to provide additional information.
☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**
☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
☑ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
☐ This office previously addressed this issue on _____
   Date
☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _Debbie Knauer_     _Debbie Knauer_     _3/16/21_
Print Name                          Signature              Date

MCGRAW ARB 0022

Exhibit C

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: 2020-12-43

Housing Unit: Jeg 2     Bed #: 2A

2nd Lvl rec:

Date: 12-8-20

Offender (please print): Jeff McGraw

ID #: Y38458

Race (optional):

Present Facility: Shawnee Correctional Center

Facility where grievance issue occurred: Shawnee Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct ☑
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): ☑ Inadequate medical attention, Pain and suffering, deliberate indifference.
- [ ] Medical Treatment ☑
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report: _____ Facility where issued: _____

RECEIVED   RECEIVED
DEC 1: 2020   DEC 10 2020
(ILLEGIBLE)   LEGAL SERVICES

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-8-20, in healthcare, at 8:17 am i was waiting to see telepsych and i observed Warden Mitchel Walkin threw the back of healthcare and i asked can i have a word with him about a emergency. He said yes so i told him im in a lot of pain due to me having a enlarged prostate and its not being properly treated. I also told him that health care is refusing me medical attention and deliberately not giving me medical attention and leftin me suffer with severe pain. He asked me how long has this been going

☑ Continued on reverse

Relief Requested:

Give me proper medical treatment, im also pursuing a civil suit for compensation.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

Offender's Signature: Jeff McGraw   ID#: Y38458   Date: 12-08-20

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: 12/16/20

RECEIVED

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance process.

MAR 08 2021
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature: H. Walker   Date: 12/16/20

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0030

Assigned Grievance #/Institution: _____   Housing Unit: Seg 2   Bed #: 3 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd level:

I told him always and i identified the Nurse practitioner Mary peeks who is refusing me medical treatment who was behind the nurses station. He asked her what was going on she said she's not seeing me nd that she refferred me to Dr. David and i was going to see him on Monday 12-7-20. I informed Warden Mitchell that Nurse practitioner was lieng and said the same thing 3 weeks ago. Warden Mitchell told me he is not a Dr and would have to take Nurse practitioners word until he sees otherwise. Leaving me to suffer in pain. On 12-7-20 i was never seen by any medical what so ever and at 11:20 both warden Mitchell and Warden Walker did a walk threw here in recieving. I asked to speak with warden mitchell he asked what was it about and i told him i'm in extreme pain and told him i saw him Friday in health care, and the Nurse practitioner Mary peeks told him i would be seen that day which was 12-7-20 he said he remember that. So i told him i still havent been seen and i going threw unbearable pain. he said O' well and walked off. I have ~~fale~~ exhausted all of my administrative remedies and i dont know what else to do so i can recieve proper treatment. I am deliberately being refused medical treatment leaving me to extreme pain 19 hrs a day because im in a block now in a racist Facility. If i dont recieve immediate care im goin to have my lawyers contact all news channell's, Black lives matter and who else to ~~ensure~~ ensure i recieve proper treatment. Im also pursuing a civil suit threw the 1983 Forms.

MCGRAW ARB 0031

Ex 4 bi t C

Sa-32

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 12/17/2020 | Date of Review: 01/13/2021 | Grievance # (optional): 2020-12-42E |
| Offender: Jeff McGraw | | ID#: Y38458 |

Nature of Grievance:

11. Medical
E. Treatment

**Facts Reviewed:**

Grievant states: On 12-4-20 I was waiting to see telepsych and I observed Warden Mitchell so I asked if I can have a word with him about an emergency. He said yes so I told him I'm in a lot of pain due to me having an enlarged prostate and it's not being properly treated. I also told him that healthcare is refusing me medical attention and deliberately not giving me medical attention and left me to suffer with severe pain. He asked me how long has this been going on. I told him always and told him NP Peeks was the one refusing to see me. I was going to see Dr. David on 12-7-20 since Peeks referred me to him. On 12-7-20 Warden Mitchell said he was not medically trained and would rely on the medical staff to treat me. I was never seen by any medical provider on 12-7-20. I saw Warden Mitchell and Walker in the day making rounds and asked to speak with him again regarding my suffering. He said oh well, and walked off. I don't know what else to do. If I don't receive immediate care I'm going to have my lawyers contact all news channels, black lives matter and who else to ensure I receive proper treatment. I'm also pursuing a civil suit thru the 1983 forms.

Relief Requested: Give me proper medical treatment, I'm also pursing a civil suit for compensation.
Reviewed response from Dr. David, Medical Director: He has been seen multiple times by the NP and the nurses claiming he has urinary retention from prior GSW and prostate enlargement. He has been straight cathed with no evidence of urinary retention. He is very young to have an enlarged prostate. There is no evidence of inflammation of the prostate (prostatitis). He will be seen as needed by the nurses and is scheduled to be seen by a medical professional the week of January 18, 2021.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. The offender is being afforded medical treatment and will continue to be provided services. He should continue to contact the HCU if he feels he needs to be seen.

Kim Johnson, CCII

| Print Grievance Officer's Name | Grievance Officer's Signature |
|---|---|
| (Attach a copy of Offender's Grievance, including counselor's response if applicable) | |

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 1 13 21 | ☒ I concur | ☐ I do not concur | ☐ Remand |
| Action Taken: | | | |

**RECEIVED**

MAR 0 8 2021

ADMINISTRATIVE
REVIEW BOARD    1 / 3 21

Chief Administrative Officer's Signature                      Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | ID# | Date |
|---|---|---|

MCGRAW ARB 0029

Ex 4 B2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _McGraw_ _Jeff_ _Y38458_
                Last Name          First Name          MI          ID#

Facility: _Pontiac_

☐ Grievance: Facility Grievance # (if applicable) _2020-12-42E_ Dated: _1/13/21_ or ☐ Correspondence: Dated: _____
Received: _3/8/21_ Regarding: _Medical - treatment for prostate 12/4/2020_
               Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                                    Date

☐ No justification provided for additional consideration.

**Other (specify):** _____

Completed by: _Debbie Knauer_                 _Debbie Knauer_          _3/16/21_
                        Print Name                            Signature                    Date

Distribution:   Offender                                 Printed on Recycled Paper                           DOC 0070 (Rev. 3/2018)
                     Inmate Issues

MCGRAW ARB 0028

DOC Exhibit V-13

Housing Unit: ___ Seg ___   Bed / cell rec: ___ I/2 ___

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

s. I/d rec: 2020-12-84

**Date:** 12-16-20
**Offender (please print):** Jeff McGraw
**ID #:** Y38458
**Race (optional):** BLACK

**Present Facility:** Shawnee Correctional Center
**Facility where grievance issue occurred:** Shawnee Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Inadequate medical assistance, negligences
- [ ] Disciplinary Report

Date of report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

RECEIVED
SHAWNEE CORRECTIONAL CENTER
DEC 29 2020
GRIEVANCE LIAISON

RECEIVED
DEC 21 2020
CLINICAL SERVICES

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today is 12-16-20 and i still have yet to recieve medical attention for my enlarged prostate. I am in sevire pain constantly. I saw a nurse micah sunday nd she showed me i was scheduled to see Dr. David for prostate issues 12-8-20 and i have yet to be seen. I dont know what this medical staff here has against me but i diserve to be treated equally due to my constitutional rights. I am constantly puttin in grievances, i had my mother and family members call up here to complain

[x] Continued on reverse

**Relief Requested:**

Please give me adequate medical assistance, investigate all medical staff here at shawnee, and send me to another facility before these people try to kill me here.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

**Offender's Signature:** Jeff McGraw
**ID#:** Y38458
**Date:** 12-16-20

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: ___   [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

No review will be given due to not following DR 504.810, duplicate. to grievance #2020-12-82.

This is a seprate incident! —Jeff— Y38458 —

**Print Counselor's Name:** Bob Hileman   **Sign Counselor's Name:** [signature]   **Date:** 12/23/20

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the Grievance Officer

RECEIVED
MAR 0 8 2021
ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW:**   Date Received: ___

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ___   Date ___

MCGRAW ARB 0026

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

Assigned Grievance #/Installation:

about my treatment, I saw nurses, i told both wardens, and Now i am still havent been seen and treated for these very serious conditions. I am in pain 18 hrs of each day nd my pain level is now at a 10. I am in severe unbearable pain because of these racist medical staff and people who are trying to hurt me temporarily. I dont know what needs to be done but it need to be done afap. Con i please see medical asap Its in my File i have medical problems with my prostate nd bladder and i even attatched the copies to recent grievances. I am in so Much pain i cry sometimes and cant get out of bed please Help!

MCGRAW ARB 0027

Exhibit E1

Pontiac Correctional Center

Assigned Grievance #/Institution: _____                    Housing Unit: East ⊕⊖  Bed #: 985

1st Lvl rec: MAY 0 5 2021              ILLINOIS DEPARTMENT OF CORRECTIONS        2nd Lvl rec: MAY 17 2021
                                              Offender's Grievance

Date: 4-15-21   Offender (please print): Jeff McGraw          ID #: Y38458          Race (optional): Black

Present Facility: Pontiac Correctional Center    Facility where grievance issue occurred: Shawnee Correctional Center

Nature of grievance:

☐ Personal Property        ☐ Mail Handling       ☑ Medical Treatment      ☐ ADA Disability Accommodation
☐ Staff Conduct           ☐ Dietary             ☐ HIPAA                  ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility  ☐ Other (specify): _____
☐ Disciplinary Report

                           Date of report _____        Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated
locked receptacle marked "grievance":
        Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
        Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
        Chief Administrative Officer, only if EMERGENCY grievance
        Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
        issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for
each person involved):

Today 4-15-21 i went to HCU for a follow up about a x-ray i
had there at Pontiac I discovered i have several medal fragments
in my pelvis area, bladder and strektum and will have to get
surgery to get them removed. I been complaining at shawnee correctional
center for 7 months now and Im finilly recieving proper care. I
have filed several grievances complaining about the deninive medical
assistance, Deliberate indifference and the excruciating pain and suffering
                                                                    ☑ Continued on reverse

Relief Requested: Adequate medical assistance

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

Jeff McGraw                    Y38458          4-15-21
Offender's Signature            ID#             Date

                    (Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: 5/5/2021   ☑ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: This grievance pertains to medical treatment and should
be forwarded directly to the grievance office.

A. Dietz CCI                    Cassandra Dietz          5/5/2021
Print Counselor's Name          Signe Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: 4/19/21                       RECEIVED
Is this determined to be of an emergency nature?                    APR 20 2021    JUL 12 2021
☐ Yes; expedite emergency grievance              APR 16 2021      ADMINISTRATIVE
☑ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure    REVIEW BOARD

Luota Jackson B                                 4/19/21
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0015

Exhibit 7

Assigned Grievance #/Institution:                    Housing Unit:            Bed #:

RCVD   MAY 0 5 2021
1st Level

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Level

in that he been getting threw. I now have to recieve surgery
where as if i wasn't neglected proper medical attention this could
of been avoided. I'm still going threw excruciating pain. The
grievances i have filled #'s are 2020-11-100E, 2020-12-94,
and 2020-10-92E all this that i were denied. I keep telling them
this pain thing get worst. I was even sent back an shipment
and Medical staff know i was in aggony. I were escorted at all path but
did not care however they are in the...

MCGRAW ARB 0016

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/17/2021 | Date of Review: 06/01/2021 | Grievance # (optional): 092121 |
| Offender: McGraw, Jeff | | ID#: Y38458 |

**Nature of Grievance:**

Medical Treatment- INADEQUATE MEDICAL CARE AT SHAWNEE C.C.

**Facts Reviewed:**

Offender grieves medical treatment by facility HCU.

The HCU Administrator's response, dated 6/1/2021; the grievance dated 4/15/2021 was read and the applicable medical record was reviewed.

I am responding to your grievance as indicated above;

On 4/5/2021 offender was seen in Urgent Care with Dr. Tilden. Offender had a medication issue and questions concerning an x-ray. Offender returned medication card of Ditropan. Offender was prescribed Mobic 15mg x 3 months. X-ray results discussed.

UIC Urology appointment pending for this issue.

If you are in need of medical attention, nurses are available 7 days a week. Contact the gallery officer to obtain a Medical Request Form and fill it out accordingly then submit it. Once HCU has received your slip you will be seen at sick call and evaluated and treated or referred to MD/NP sick call.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on the response of facility HCU Administrator to the issue. Any other judgement upon the issue that when returned for cause would have no practical effect upon the existing controversy.

M. Hedrick 3003

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 6-10-21 | ☑ I concur   ☐ I do not concur   ☐ Remand | |

Action Taken:

**RECEIVED**

JUL 12 2021

ADMINISTRATIVE
REVIEW BOARD   6-10-21

Chief Administrative Officer's Signature                         Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Jeff McGraw | Y38458 | 7-7-21 |
|---|---|---|
| Offender's Signature | ID# | Date |

Distribution:  Master File; Offender                    Page 1                    DOC 0047 (Rev. 3/2019)

Printed on Recycled Paper

MCGRAW ARB 0014

Exhibit E

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

McGraw _____ Jeff _____ ___ Y38458
Last Name          First Name          MI          ID#

Facility: _____ Pontiac _____

☐ Grievance: Facility Grievance # (if applicable) 92/21 Dated: 6/10/21 or ☐ Correspondence: Dated: _____

Received: 7/12/21 Regarding: inadequate medical treatment @ Shawnee
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: Debbie Knauer _____ Debbie Knauer _____ 7/14/21
Print Name                    Signature          Date

Distribution:  Offender          *Printed on Recycled Paper*          DOC 0070 (Rev. 3/2018)
Inmate Issues

MCGRAW ARB 0013

Exhibit #2

Pontiac Correctional Center

Assigned Grievance #/Institution:                                                    Housing Unit: ECH    Bed #: 903

1st Lvl rec:  MAY 14 2021          ILLINOIS DEPARTMENT OF CORRECTIONS                    2nd Lvl rec:  MAY 25 2021
                                         **Offender's Grievance**

| Date: 5-9-21 | Offender (please print): Jeff McGraw | ID #: Y38458 | Race (optional): Black |
|---|---|---|---|

Present Facility: Pontiac Correctional Center   | Facility where grievance issue occurred: Pontiac Correctional Center

**Nature of grievance:**

- [ ] Personal Property    0924 95
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Enadequate Medical, Deliberate Indifference.
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____     Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-6-21 i was sent to Health Care for urgent care. My
appointment was for Chronic Clinic. I informed Dr Tilden
that i am in severe pain due to bullet fragments being in my
Pelvis and scrotum. Tilden told me that my problems arnt important
and i am scheduled to see a urologist. I am keep being told i am
scheduled to see somebody and this is going on 3 months here
at pontiac that im recieving adequate medical assistance, Dr Tilden put me
[x] Continued on reverse

Relief Requested:  Please give me adequate medical assistance. Investigate Wexford.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

Jeff McGraw          Y38458          5-9-21
Offender's Signature        ID#            Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 5/17/21   [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:  This issue pertains to medical treatment and should be
forwarded directly to the grievance office

A. Dietz, CCI          Aundee Dietz          5/17/21
Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

RECEIVED
AUG 23 2021
ADMINISTRATIVE
REVIEW BOARD

_____        _____
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0011

Exhibit F7

Assigned Grievance #/Institution:

Housing Unit: E CH    Bed #: 903

1st Lvl rec: MAY 14 2021

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Lvl rec:

On a pain med Tremedol for 3 weeks and told me he would put me on a higher dosage and add Meloxicam to help with my pain but only put me on 15mg Meloxicam which is a _____. I am still in severe pain and no one cares. Wexford should be shut down and invistigated. I am scared if this problem doesn't get fixed soon i will have more problems for the rest of my life, plese help me before i have permanent problems or maybe even lose my chanage to produce sperm or have an erection.

092495

Distribution: Master File; Offender                     Page 2 of 2                     DOC 0046 (Rev. 01/2020)

MCGRAW ARB 0012

Exhibit A

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 05/25/2021          Date of Review: 08/10/2021          Grievance # (optional): 092495

Offender: McGraw, Jeff                                                ID#: Y38458

**Nature of Grievance:**
Medical Treatment- DR TILDEN (CONDUCT 5/6/21); INADEQUATE MEDICAL ASSISTANCE

**Facts Reviewed:**
Individual in Custody grieves medical treatment by facility HCU.
The HCU Administrator's response, dated 8/8/2021, the grievance dated 5/9/2021 was read and the
applicable medical record was reviewed.

I am responding to your grievance as indicated above;

On 6/2/2021 patient was seen and evaluated at UIC Urology.

Current medications are Ultram 50mg BID and Ditropan 5mg BID.

If you are in need of medical attention, nurses are available 7 days a week. Contact the gallery officer
to obtain a Medical Request Form and fill it out accordingly then submit it. Once HCU has received
your slip you will be seen at sick call and evaluated and treated or referred to MD/NP sick call.

**Recommendation:**
Based upon a total review of all available information, it is the recommendation of this Grievance
Officer that the Individual in Custody's grievance be considered MOOT at this juncture based on the
response of facility HCU Administrator to the issue.  Any other judgment upon the issue that when
returned for cause would have no practical effect upon the existing controversy.

H. Cox                                                     H. Cox              8532
_____                    _____
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 8-12-21          ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**                    **RECEIVED**

                                    AUG 2 3 2021

                                    ADMINISTRATIVE
                                    REVIEW BOARD

_____                              8-12-21
Chief Administrative Officer's Signature                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must, within 30 days after the date of the Chief
Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy
of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____          Y38458          8-17-21
Offender's Signature                        ID#              Date

Distribution:  Master File; Offender                Page 1                          DOC 0047 (Rev. 3/2019)

MCGRAW ARB 0010

Exhibit F3

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   McGraw, Jeff

8/26/21

ID# :   Y38458

Date

Facility:   Pontiac

This is in response to your grievance received on __8/23/21__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted  For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __5/9/21__   Grievance Number: __092495__   Griev Loc: __Pontiac__

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____  Incident # _____
- ☑ Other   Medical Treatment - treatment for pain in pelvis/scrotum

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other:  Per HCUA, patient seen and evaluated at UIC Urology on 6/2/21. Grievant has access to medical care.

Treatment is at the discretion of IDOC Physicians. Grievant may submit a request to healthcare for any issues that arise.

FOR THE BOARD: _____
Travis Bayler
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC:  Warden,  Pontiac _____ Correctional Center
McGraw, Jeff _____ ID# Y38458

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

MCGRAW ARB 0009

Exhibit A1

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | Y38458 | **Counseling Date** | 04/13/21 13:49:39:183 |
| **Offender Name** | MCGRAW, JEFF A. | **Type** | Collateral |
| **Current Admit Date** | 08/30/2019 | **Method** | Other |
| **MSR Date** | 04/12/2022 | **Location** | PON EAST UNAPPROVED PROTECTIVE C |
| **HSE/GAL/CELL** | EU-09-15 | **Staff** NOTHNAGLE, RYAN J., Correctional Officer | |

Received and responded to Offender's request pertaining to PERSONAL PROPERTY. Offender is advised that his Property to be sent out is in Personal Property waiting on the Mailroom to send it out. Offender is advised Mailroom is roughly four weeks behind with limited staff, please be patient as Mailroom continues to process property.

Exhibit A2

| Offender | Offender Status | Movement Date | Movement Type | Origin | Destination | Parent Institution | Discharge Date |
|---|---|---|---|---|---|---|---|
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 7/16/2021 16:20 | FURLOUGH RETURN | FURLOUGH | PONTIAC | PONTIAC | |
| Y38458 MCGRAW,JEFF A | MEDICAL FURLOUGH | 7/16/2021 8:45 | MEDICAL FURLOUGH OUT | PONTIAC | FURLOUGH | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 6/18/2021 14:08 | LOCATION CHANGE | PONTIAC MENTAL HEALTH | PONTIAC | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 6/18/2021 14:06 | LOCATION CHANGE | PONTIAC | PONTIAC MENTAL HEALTH | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 6/2/2021 14:05 | FURLOUGH RETURN | FURLOUGH | PONTIAC | PONTIAC | |
| Y38458 MCGRAW,JEFF A | MEDICAL FURLOUGH | 6/2/2021 4:50 | MEDICAL FURLOUGH OUT | PONTIAC | FURLOUGH | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 2/19/2021 14:11 | LOCATION CHANGE | PONTIAC MENTAL HEALTH | PONTIAC | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 1/29/2021 12:59 | LOCATION CHANGE | PONTIAC | PONTIAC MENTAL HEALTH | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 1/29/2021 11:32 | TRANSFER IN | TRANSPORTATION | PONTIAC | PONTIAC | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 1/29/2021 5:42 | TRANSFER OUT | SHAWNEE | PONTIAC MEDIUM SECURITY | SHAWNEE | |
| Y38458 MCGRAW,JEFF A | IN CUSTODY | 9/17/2019 18:49 | TRANSFER IN | TRANSPORTATION | SHAWNEE | SHAWNEE | |
| Y38458 MCGRAW,JEFF A | RECEPTION | 9/17/2019 8:00 | TRANSFER OUT | NORTHERN R&C | SHAWNEE | STATEVILLE | |
| Y38458 MCGRAW,JEFF A | RECEPTION | 8/30/2019 11:16 | ADMIT IN | ADMISSION | NORTHERN R&C | STATEVILLE | |

U.S District Court IN THE for the Southern
District of Illinois East St. Louis Division

Jeff McGraw Y38458
Plaintiff/Petitioner          )
                              )
                              )
          Vs.                 )
                              )   No. 3:21-CV-00800-SMY
Mary Deeks, A. David, Warden Mitchel   Judge Staci M. Yandle
Defendant/RespondentWexford Health sources )

## PROOF/CERTIFICATE OF SERVICE

TO: Brent S. Scott              TO: Clerk of the court
Cassiday Schade LLP             using electronic case filing
100 North Broadway Suite 1580   system.
St. Louis, MO 63102

PLEASE TAKE NOTICE that at: 10:30 AM/PM January 4th, 2022 I
placed the documents listed below in the institutional mail at Pontiac Correctional Center
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 1-4-22

/s/ Respectfully Submitted
Name: Jeff McGraw
IDOC No. Y38458
Pontiac                  Correctional Ctr.
POB 99
                    Pontiac        , IL
          61764

Revised 4/15/16



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Jeff McGraw
Name

Y38458
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          (Yes) or No

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?          Yes or (No)

        If yes, please list case number: _____

        If yes, but you do not know the case number mark here:  _____

3.  Should this document be filed in a pending case?          (Yes) or No

        If yes, please list case number:  3:21-CV-00800-SMY

        If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:          25

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

Name of Document

Reply for Summary Judgment For Failure
To exhaust Administrative Remedies
Exhibits 1

Proof of Service

Number of Pages

4

20

1

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.