UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
AT BENTON
VIDEO WRIT

| CASE NAME:<br>McGraw v. Peeks, et al. | CASE NO.:<br>21-cv-800-SMY-RJD | Date of Hearing:<br>4/4/2022 | Type of Hearing:<br>Motion Hearing<br><br>Length of Hearing:<br>1.5 hours |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**

**WE COMMAND** that you make the following plaintiff available at a designated Department of Corrections video conference facility to appear in the above proceeding before the Honorable Reona J. Daly, United States Magistrate Judge sitting at Benton, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE | TIME TO APPEAR |
|---|---|---|---|---|
| Jeff McGraw | Y38458 | Pontiac CC | 4/4/22 | 11:00 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:  March 30, 2022.**

                        **MONICA A. STUMP**
                        **CLERK OF COURT**

                        **BY:** *s/ Jamie Melson*
                            **DEPUTY CLERK**

cc: Plaintiff
    Warden, Pontiac Correctional Center (via e-mail)
    IDOC Video Writ Coordinator (via e-mail)