IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFF MCGRAW,** *Plaintiff,* <br><br> v. <br><br> **MARY PEEKS, et al.,** *Defendants.* | Civil Number: **21-cv-800-SMY-RJD** |

## MINUTES OF COURT

DATE: April 4, 2022         LOCATION: Benton

**PRESENT: HONORABLE REONA J. DALY, U. S. MAGISTRATE JUDGE**

DEPUTY CLERK: Jamie Melson         COURT REPORTER: Stephanie Rennegarbe

COUNSEL FOR PLAINTIFF:     Jeff McGraw, Pro Se

COUNSEL FOR DEFENDANTS:   Levi Carwile and Brent Scott

PROCEEDING: Motion Hearing re: 32 Motion for Summary Judgment

    Plaintiff present via video conference from Pontiac Correctional Center.
    Counsel present via video conference as noted above.
    Plaintiff sworn.
    Evidence heard.
    Arguments heard.
    Report and recommendation to enter.