IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFF MCGRAW, #Y38458, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-0800-SMY |
| | ) |
| MARY PEEKS, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Christine McClimans, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendant, DAVID MITCHELL, in the above cause.

Respectfully submitted,

DAVID MITCHELL,

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant,

Christine G. McClimans, #6203209
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8788     BY:   *s/ Christine G. McClimans*
                          Christine G. McClimans, #6203209
                          Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFF MCGRAW, #Y38458, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cv-0800-SMY |
| ) | |
| MARY PEEKS, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, the foregoing document, <u>Notice of Appearance</u>, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy P. Dugan** at Email: tdugan@cassiday.com

**Brent Steven Scott** at Email: bscott@cassiday.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Jeff McGraw #Y38458
Pontiac Correctional Center
Individual in Custody Mail/Parcels
700 West Lincoln Street
PO Box 99
Pontiac, IL 61764

                                              Respectfully Submitted,

                                              *s/ Christine G. McClimans*
                                              Christine G. McClimans, #6203209
                                              Assistant Attorney General
                                              201 West Pointe Dr. Suite 7
                                              Swansea, IL 62226
                                              Phone: (618) 236-8788
                                              Fax: (618) 236-8620
                                              E-Mail: <u>christine.mcclimans@ilag.gov</u>
                                                                 &amp; <u>gls@ilag.gov</u>