IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFF MCGRAW, #Y38458, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-cv-0800-SMY |
| MARY PEEKS, et al., | ) |
| Defendants. | ) |

**MOTION TO SUBSTITUTE COUNSEL**

NOW COMES the Defendant, DAVID MITCHELL, by and through his attorney, KWAME RAOUL, Attorney General of the State of Illinois, and his Motion to Substitute Counsel, states as follows:

1. Former Assistant Attorney General R. Levi Carwile is listed as counsel of record for the above-named Defendant. R. Levi Carwile is no longer assigned to this matter by the Illinois Attorney General's Office.

2. Assistant Attorney General Christine G. McClimans is now assigned to represent the above-named Defendant in this matter and has entered her appearance for these individuals.

3. It is requested that Assistant Attorney General Christine G. McClimans be substituted as counsel for the Defendant listed herein, and that R. Levi Carwile be terminated and removed from the Court's service list as counsel for the Defendant listed herein.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court to allow the substitution of Assistant Attorney General Christine G. McClimans in the place of former Assistant Attorney General R. Levi Carwile, and that former Assistant Attorney General R. Levi Carwile be terminated and removed from the service list as counsel for Defendant named herein.

Respectfully submitted,

DAVID MITCHELL,

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant,

Christine G. McClimans, #6203209
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8788                    BY:   *s/ Christine G. McClimans*
                                          Christine G. McClimans, #6203209
                                          Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JEFF MCGRAW, #Y38458, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-cv-0800-SMY |
| | ) | |
| MARY PEEKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, the foregoing document, <u>Motion to Substitute Counsel</u>, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy P. Dugan** at Email: tdugan@cassiday.com

**Brent Steven Scott** at Email: bscott@cassiday.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Jeff McGraw #Y38458
Pontiac Correctional Center
Individual in Custody Mail/Parcels
700 West Lincoln Street
PO Box 99
Pontiac, IL 61764

                   Respectfully Submitted,

                   *s/ Christine G. McClimans*
                   Christine G. McClimans, #6203209
                   Assistant Attorney General
                   201 West Pointe Dr. Suite 7
                   Swansea, IL 62226
                   Phone: (618) 236-8788
                   Fax: (618) 236-8620
                   E-Mail: christine.mcclimans@ilag.gov
                   & gls@ilag.gov