IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

Jeff McGraw #Y38458
   plaintiff

Vs.      Case No. 21-CV-0800-SMY

Mary PEEKS et al
   Defendants

## NOTICE OF ADDRESS CHANGE

Now Comes the plaintiff Jeff McGraw pro se and his notice of ADDRESS CHANGE

1. I am no longer at Stateville Correctional Center or Pontiac Correctional Center

2. I have not been recieving any mail pertaining my Civil Suit

3. My New address is Hill Correctional Center P.O Box 1700 Galesburg, IL 61402-1700

4. I ask that all mail and updates pertaining my civil suit case No. 21-CV-0800 smy be sent to my new address here at Hill Correctional Center P.O Box 1700 Galesburg, IL 61402-1700

Respectfully Submitted
Jeff McGraw pro se plaintiff