November 16, 2022



**BRENT S. SCOTT**
WRITER'S DIRECT DIAL (314) 655-4718
BSCOTT@CASSIDAY.COM

Jeff McGraw, #Y38458
Pontiac Correctional Center
700 West Lincoln Street
PO Box 99
Pontiac, IL 61764

   Re:  Jeff McGraw, #Y38458 v. Wexford Health Sources, Inc., Alfonso David, and Mary Peeks
      Court No.:  3:21-cv-00800-SMY
      Our File No.: 048928/21061/TPD/BSS

Dear Mr. McGraw:

  We sent interrogatories and requests for production of documents to you on September 20, 2022. Courtesy copies of the discovery requests are attached for your file. The Federal Rules of Civil Procedure allow thirty (30) days for you to respond. Your responses are well overdue. Please provide complete responses to our discovery requests within fourteen (14) days or we will have to seek intervention from the court. Please allow this letter to serve as our attempt to resolve this matter without court intervention.

Sincerely,

Cassiday Schade LLP

Brent S. Scott

11242792

ATTORNEYS AT LAW  ILLINOIS  INDIANA  MISSOURI  NEW MEXICO  WISCONSIN

CASSIDAY SCHADE LLP ST. LOUIS
100 NORTH BROADWAY, SUITE 1580 ST. LOUIS, MISSOURI 63102
OFFICE 314.241.1377 FAX 314.241.1320 CASSIDAY.COM

