

**EXHIBIT B**

January 3, 2023

**BRENT S. SCOTT**
WRITER'S DIRECT DIAL (314) 655-4718
BSCOTT@CASSIDAY.COM

Jeff McGraw, #Y38458
HILL CORRECTIONAL CENTER
600 South Linwood Road
PO Box 1700
Galesburg, IL 61402

    Re:    Jeff McGraw, #Y38458 v. Wexford Health Sources, Inc., Alfonso David, and Mary Peeks
          Court No.:    3:21-cv-00800-SMY
          Our File No.:  048928/21061/TPD/BSS

Dear Mr. McGraw:

    We sent interrogatories and requests for production of documents to you on September 20, 2022. On November 16, 2022, we sent a letter informing you that your responses to this discovery were overdue. The Federal Rules of Civil Procedure allow thirty (30) days for you to respond. Your responses are well overdue. Please provide complete responses to our discovery requests within fourteen (14) days or we will have to seek intervention from the court. Please allow this letter to serve as our second and final attempt to resolve this matter without court intervention.

    I have included courtesy copies of the discovery requests with this letter

Sincerely,

Cassiday Schade LLP

Brent S. Scott

cc:

11282343

ATTORNEYS AT LAW    ILLINOIS    INDIANA    MISSOURI    NEW MEXICO    WISCONSIN

