048928/21061/TPD/BSS

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFF MCGRAW, #Y38458,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARY PEEKS, A. DAVID, WARDEN MITCHELL, and WEXFORD HEALTH SOURCES,<br><br>　　　　　Defendants. | Case Number  3:21-cv-00800-SMY<br><br>Judge Staci M. Yandle |

## MOTION TO DISMISS FOR LACK OF PROSECUTION

COMES NOW Defendant, MARY PEEKS, by and through her attorneys, CASSIDAY SCHADE LLP, and for her Motion to Dismiss for Lack of Prosecution, states as follows:

1. On August 20, 2022, Defendant sent Plaintiff discovery requests. (Doc. 50, ¶ 2).

2. On November 16, 2022, having not received Plaintiff's Answers and Responses to her Discovery, Defendant sent Plaintiff a Good Faith Letter requesting Plaintiff's response within 14 days. (Doc. 50, ¶ 3).

3. On January 3, 2023, having not received Plaintiff's Answers and Responses to her Discovery, Defendant sent Plaintiff a second Good Faith Letter requesting Plaintiff's response within 14 days. (Doc. 50, ¶ 5).

4. On January 24, 2023, having not received Plaintiff's Answers and Responses to her Discovery, Defendant filed her Motion to Compel Discovery Responses. (Doc. 50).

5. On February 7, 2023, this Court granted Defendant's Motion to Compel Discovery Responses, ordering Plaintiff to either respond to Defendant's discovery requests on or before February 21, 2023, or file a Notice with the Court by that date explaining why he is unable to do so. (Doc. 50).

6. To date, Defendant has not received Plaintiff's responses to her discovery, nor has Defendant received any other communication from the Plaintiff.

7. To date, the Plaintiff has not filed a Notice with the Court to explain why he has not responded.

8. Pursuant to Fed. R. Civ. P. 41(b), a Defendant may move to dismiss an action if a Plaintiff fails to comply with a Court Order.

9. Plaintiff has failed to comply with this Court's February 7, 2023, Order.

WHEREFORE, Defendant, MARY PEEKS, respectfully requests that this Court dismiss Plaintiff's action for lack of prosecution pursuant to Federal Rule 41(b), and for such other relief deemed just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Brent S. Scott
One of the Attorneys for Defendant, MARY PEEKS

Brent S. Scott
ARDC No. 6331521
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
bscott@cassiday.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2023, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Christine McClimans
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea IL 62226
(618) 236-8782
Christine.McClimans@ilag.gov

    and I hereby certify that a true and correct copy of the foregoing Motion was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on March 2, 2023.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Jeff McGraw, #Y38458
HILL CORRECTIONAL CENTER
600 South Linwood Road
PO Box 1700
Galesburg IL 61402

                                                                                     /s/ Brent S. Scott

11338924