IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFF MCGRAW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CV-800-SMY |
| | ) |
| **MARY PEEKS, et al,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Defendant Mary Peeks' Motion to Dismiss for Lack of Prosecution (Doc. 53). The Court issued an Order on February 7, 2023, directing Plaintiff to respond to outstanding discovery requests or to advise the Court why he could not do so by February 21, 2023 (Doc. 52). Plaintiff was warned that his failure to respond to the discovery requests or communicate with the Court would result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) without further notice. As of this date, Plaintiff has not responded to the discovery or communicated with the Court as ordered.

Accordingly, this case is **DISMISSED with prejudice** for failure to prosecute and failure to comply with a court order. Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

DATED:  March 7, 2023

*[signature]*

**STACI M. YANDLE**
**United States District Judge**